Cole Joseph Spencer 226871
Name and Prisoner/Booking Number

A.S.P.C. EYMAN/RYNNING unit
Place of Confinement

4374 E. Butte Ave
Mailing Address

Florence AZ 85132
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

☒ FILED   ☐ LODGED

# Mar 11 2020

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

Cole Joseph Spencer
(Full Name of Plaintiff)
Pro Se

Plaintiff,

v.

(1) Aaron Pew #19183
(Full Name of Defendant)

(2) And Others

(3) _____

(4) _____

Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-20-00385-PHX-DGC-(CDB)
(To be supplied by the Clerk)

## CIVIL RIGHTS COMPLAINT
### BY A PRISONER
Jury Trial Demanded

☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

### A.   JURISDICTION

1.   This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
    ☐ Other: _____

2.   Institution/city where violation occurred: 8702 E. Broadway rd. Mesa AZ 85207

**550/555**

I-A    Heading: Defendants

1. Aaron Pew # 19183

2. Jacob Rozema # 15724

3. Shall # 1554

4. Macklin # 1742

5. Mesa Police Department

6. City of Mesa

7. Maricopa County Sheriffs Office

8. County of Maricopa

I-A

## B.   DEFENDANTS

1.   Name of first Defendant: _Aaron Pew #19183_____ . The first Defendant is employed
as: _Police Officer_____ at _Mesa Police Department_ .
           **(Position and Title)**                               **(Institution)**

2.   Name of second Defendant: _Jacob Rozema #15724_ . The second Defendant is employed as:
as: _Police Officer_____ at _Mesa Police Department_
           **(Position and Title)**                               **(Institution)**

3.   Name of third Defendant: _Shall #1554_____ . The third Defendant is employed
as: _Sheriffs Deputy_____ at _Maricopa County Sherrifs Office_
           **(Position and Title)**                               **(Institution)**

4.   Name of fourth Defendant: _Macklin #1742_____ . The fourth Defendant is employed
as: _Sheriffs Deputy_____ at _Maricopa County Sherrifs Office_ .
           **(Position and Title)**                               **(Institution)**

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.   PREVIOUS LAWSUITS

1.   Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☒ No

2.   If yes, how many lawsuits have you filed? _____ .   Describe the previous lawsuits:

    a.   First prior lawsuit:
        1.   Parties: _____ v. _____
        2.   Court and case number: _____
        3.   Result:   (Was the case dismissed?   Was it appealed?   Is it still pending?) _____
        _____

    b.   Second prior lawsuit:
        1.   Parties: _____ v. _____
        2.   Court and case number: _____
        3.   Result:   (Was the case dismissed?   Was it appealed?   Is it still pending?) _____
        _____

    c.   Third prior lawsuit:
        1.   Parties: _____ v. _____
        2.   Court and case number: _____
        3.   Result:   (Was the case dismissed?   Was it appealed?   Is it still pending?) _____
        _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2-A          Defendants

Defendant 5:  Name: Mesa Police Department
                      Mesa  Arizona, united states of America


Defendant 6:  Name: City of Mesa
                      Mesa Arizona, U.S.A.


Defendant 7:  Name: Maricopa County Sheriffs Office
                      Maricopa County Arizona, U.S.A.


Defendant 8:  Name: County of Maricopa
                      Maricopa County Arizona, U.S.A.


2-A

## D.  CAUSE OF ACTION

### COUNT I

1.  State the constitutional or other federal civil right that was violated: 4th Amendment

2.  **Count I.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.

- ☐ Basic necessities
- ☐ Disciplinary proceedings
- ☒ Excessive force by an officer
- ☐ Mail
- ☐ Property
- ☐ Threat to safety
- ☐ Access to the court
- ☐ Exercise of religion
- ☐ Other:_____
- ☐ Medical care
- ☐ Retaliation

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

On March 21st 2018 at 5:20pm, Cole Spencer was pulled over as a passenger on a routine traffic stop by Officer Aaron Pew #19183 of the Mesa Police Department, along with officer Jacob Rozema #15724 of the Mesa Police Department. After being pulled out of the vehicle for suspicion of comitting a misdemeanor violation of "false Reporting", officer Pew and officer Rozema violated Mr. Spencers 4th amendment constitutional right to be secure in his persons against unreasonable search and seizures. Without any provacation from Mr. Spencer officer Pew and officer Rozema proceeded to punch, kick, knee, strangle and electrocute (via Tazer) Mr. Spencer for a total of 3 minutes as described in Mesa report #: 2018-0800614. Driver of the vehicle (Jamie Kern) willing to testify to all facts stated in the Summary. In adition, the second witness who will remain anonymous untill it is necessary to testify. The reason for this is Due to fear of retalatory measures by Mesa Police officers as Mesa PD has had local and national Media attention from an investigation propelled by the FBI. into the mesa Police Department for on-going acts of police brutality and excessive force. (continued)

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

As a result of the punchs, kicks, knees, electrocutions and strangulations inflicted by Aaron Pew and Jacob Rozema, Cole Spencer suffered the following injuries supported by medical records from Banner Baywood and Banner.

5.  **Administrative Remedies:**

   a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☒ No

   b.  Did you submit a request for administrative relief on Count I?  ☐ Yes  ☒ No

   c.  Did you appeal your request for relief on Count I to the highest level?  ☐ Yes  ☒ No

   d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## COUNT II

1. State the constitutional or other federal civil right that was violated: _____

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____

_____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☐ Yes    ☐ No
   b. Did you submit a request for administrative relief on Count II?    ☐ Yes    ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?    ☐ Yes    ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**COUNT III**

1.  State the constitutional or other federal civil right that was violated: _____
_____

2.  **Count III.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
    ☐ Basic necessities       ☐ Mail       ☐ Access to the court       ☐ Medical care
    ☐ Disciplinary proceedings       ☐ Property       ☐ Exercise of religion       ☐ Retaliation
    ☐ Excessive force by an officer       ☐ Threat to safety    ☐ Other: _____

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count III.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at
        your institution?       ☐ Yes    ☐ No
    b.  Did you submit a request for administrative relief on Count III?       ☐ Yes    ☐ No
    c.  Did you appeal your request for relief on Count III to the highest level?       ☐ Yes    ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
        did not. _____
        _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5-A    Cause Of Action (supporting Facts)    Count 1

During said incident, Sheriffs Deputy Shall #1554
and Sheriffs Deputy Macklin #1742, both employed by Maricopa
County Sheriffs office, responded to what appeared to be
an officer involved, use of force incident involving Cole Spencer,
as well as Aaron Pew #19183 and Jacob Rozema #15724,
both employed as Officers of the Mesa Police Department. Both
Officer Shall and Officer Macklin violated Mr. Spencers 4th
Amendment Constitutional right to be secure in His persons
against unreasonable search and Seizures. Considering the testimony
in Mesa report #2018-0800614 by Officer Pew and Jacob
Rozema of Mesa PD, which states that both Macklin and
Shall arrived "shortly into the fight" after which they attest
to inflicting numerous punchs, kicks, Knees, strangulations,
and electrocutions, shows that their presence during the time
Mr. Spencer sustained damages and injuries is reason enough
to Hold them responsible as any reasonable minded officer
would Have intervened as opposed to aiding and assisting
Officer Pew and Officer Rozema in the beating. Officer Shall
and Officer Macklin both maliciously prosecuted Mr. Spencer
by not reporting the presence of their body-cams and footage
in their MCSO report (#18-008163)

Defendant V (Mesa Police Department) and Defendant VI
(city of Mesa) are both, in an individual capacity, held

5-A

5-B   Couse OF Action (supporting Facts)   Count 1

responsible/liable for the actions laid out in this Summary by, Defendant I (Aaron Pew) and Defendant II (Jacob Rozema) because of the fact they are both Defendant I and Defendant II's employer and furnisher of authority which sole'ly enables them to act under the color of state law. When considering these facts, Defendant V and Defendant VI violated Cole Spencers 4th amendment Constitutional right to be secure in his persons against any unreasonable search and Seizures.

Defendant VII (Maricopa County Sheriffs Office) and Defendant VIII (county of Maricopa) are both, in an individual copacity, Held responsible/liable for the actions laid out in this summary by, Defendant III (shall#1554) and Defendant IV (Macklin#1742) because of the fact that they are Both Defendant III and Defendant IV's employer and furnisher of authority which sole'ly enables them to act under the color of state law. when considering these facts, Defendant VII and Defendant VIII violated Cole Spencers 4th Amendment constitutional right to be secure in his persons against any unreasonable search and seizures.

It is Necessary to elaborate on the physical condition of Cole Spencer at the time of this incident. The initial kick that broke Mr. Spencers nose, covered His Face with blood

5-B

5-C        Cause of Action (supporting Facts) Count 1

Which in turn poured into his eyes along with gravel. From that moment till what seemed to be 1-2 days later when a nurse cleaned out Mr. Spencer's eyes, Mr. Spencer was unable to see. This inability to see who exactly was inflicting the punches and combat strikes during the incident is the reason for not elaborating in the beginning of this summary as to which officer comitted a particular act. Because mr. Spencer was conscious during most of the incident and the police reports submitted by the defendants support Mr. Spencers claim, Mr. Spencer did not want to assume and guess, which officer comitted a particular act as Mr. Spencer would not have been able to differentiate between the two officers and would have no clue as to who did what if mr. Spencer had not read the police reports which they themselves contained manipulated accounts of the events leading up to and after the incident.

Note: I Cole Spencer wrote these accounts, but Did not write them in the First person and refered to myself as Mr. Spencer

5-C

5-B        Cause Of Action (Injuries)  Count 1

Desert Hostpitals; Fractured orbital bone, fractured nose,
lacerated nose, bruised vertabrae, swollen and sprained wrist,
Numerous abrasions cuts and scrapes to His Face, which
were photographed by C.S.S. Zemojtel at Banner Baywood
Hostpital. Since the incident Mr. Spencer Has had problems
with His vision in both eyes, experiencing "Black Spots that
Come and go. Due to Mr. Spencer's incarceration since
the incident (all but 24 Days), His only access to Healthcare
is through the Arizona Department Of Corrections (via Corizon and
Centurion). To receive medical care, an inmate must submit
an HNR (Health Needs Request) To be Seen. Mr. Spencer
Has submitted multiple HNR's for issues including elbow and
shoulder pain, pain and Numbness in His Back Neck Feet and
Hands, as well as Numbness in face. Dates of some of
the Submitted HNR's are as follows; 12-14-2018, 12-26-2018
8-20-2019, 9-25-2019, 11-12-2019 and 11-12-2019. As well
as HNR's regarding Mr. Spencers Heart which resulted in
a "cryo-ablation" Surgery. HNR's dates as Follows;
3-5-2019, 4-9-2019, 8-20-2019. Sheriffs Deputies, Shall
and Macklin are both responsible for all the injuries/Damages
described in this summory, for failing to intervene and attempting
to stop the Beating by officers Pew and Rozema on
Cole Spencer. Equaly responsible are both Defendant V
(Mesa Police Department) and Defendant VI (City of Mesa)

5-D

5-E     Cause of Action (Injuries) Count 1

        For the actions of their employees,
(Defendant I, Aaron Pew) as well as (Defendant II,
Jacob Rozema) which resulted in said injuries sustained
by Cole Spencer. Defendant VII (Maricopa County Sheriffs
Office) and Defendant VIII (County of Maricopa) are both
responsible for the inactions of their employees,
Defendant III, (shall) and Defendant IV (Macklin), which
resulted in said injuries sustained by cole Spencer.

5-E

## E.  REQUEST FOR RELIEF

State the relief you are seeking:
Seeking The Following relief From each of the "8" Defendants:
$100,000 in Compensatory relief/Damages From each Defendant
$100,000 in Punitive Monetary releif from each Defendant
As well as any and all relief Deemed appropriate by the Courts/Jury

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3-10-2020
          DATE                                    SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)


## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.  But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.