# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cole Joseph Spencer,<br><br>              Plaintiff,<br><br>v.<br><br>Aaron Pew, et al.,<br><br>              Defendants. | No. CV 20-00385 PHX DGC (CDB)<br><br>**ORDER** |

**IT IS ORDERED that** Plaintiff's motion at ECF No. 93 is **granted** only as provided herein.

Plaintiff's motion at ECF No. 61 was denied and Plaintiff's motion at ECF No. 62 is pending before Judge Campbell.

Dated this 22nd day of October, 2020.

Camille D. Bibles
United States Magistrate Judge