IN THE UNITED STATES DISTRICT COURT OF ARIZONA

| | |
|---|---|
| Cole J. Spencer, (Plaintiff) <br><br> v. <br><br> Aaron Pew, et. Al. (Defendants) | CV-20-00385-DGC-CDB <br><br> Separate Statement of Facts in Opposition to Summary Judgement By Plaintiff |

## Plaintiffs Statement Of Facts

1. Mr. Spencer (plaintiff) is currently incarcerated in the Arizona Dept. Of Corrections. [Exhibit 1 - paragraph 2]

2. On March 21st, 2018, Jamie Kern (Driver) and Mr. Spencer pulled out of Jamie's Driveway and immediatly were followed by an unmarked-undercover chevy Tahoe. [Exhibit 1 - paragraph 3 and 5]

3. Mr. Spencer was instantly Nervous because his friends, Roger Shoemaker, Chance Ellington and Jessie Busch were pulled over a week prior leaving Jamie Kern's Residence and were repeatedly Questioned about Mr. Spencer's whereabouts. [Exhibit 1 - paragraph 4]

①

4. Mr. Spencer and Jamie Kern were pulled over. Mr. Spencer immediatly had Flashes of the many police Police Brutality incidents that had Flooded the local news stations involving Mesa P.D. [Exhibit 1 - Paragraph 5]

5. Two officers approached the vehicle and Mr. Spencer saw "Swat" team badges. Both officers were very big and unnessesarily aggressive in their tone and approach. [Exhibit 1 paragraph 6]

6. Mr. Spencer felt intimidated and decided to not give his real name as he feared they were the officers that had harrassed his friends. [Exhibit 1 - paragraph 6]

7. Officer Rozema went to the Chevy Tahoe and came back and asked Mr. Spencer to step out of the vehicle. [Exhibit 1 - paragraph 7]

8. Rozema asked Spencer to put his hands behind his back. Spencer complied. Rozema grabbed Spencer's left wrist and aggressively bent and grabbed it. [Exhibit 1 - Paragraph 7]

9. As Rozema bent Spencer's wrist, Rozema informed Spencer, "yer under arrest "c.j."". [Exhibit 1 - paragraph 7]

(2)

10. Mr. Spencer had not told Rozema his real name (C.J.) so he panicked and pushed Rozema with his left shoulder in an attempt to create separation between the two of them. [Exhibit 1 - paragraph 8]

11. This attempt by Mr. Spencer failed and Rozema never let go of Spencer's wrist. [Exhibit 1 - paragraph 8]

12. Rozema then punched Spencer Multiple times in the face. [Exhibit 1 - paragraph 8]

13. Spencer was face down blocking punches and was then kicked in his face multiple times. From this moment he was blinded for the duration of the incident. [Exhibit 1 - paragraph 9]

14. Mr. Spencer said "O.K." Pleading with the officers, but the defendants proceeded with the beating. [Exhibit 1 - paragraph 9]

15. At this point Mr. Spencer was in Survival mode. Spencer was then shot with a tazer. Probes were shot into his leg, hip, neck and back. [Exhibit 1 - paragraph 10]

③

16. The officer tazed Mr. Spencer for what seemed like 30 seconds straight as well as shocking him in the carrotid artery with the tip of his stun gun. which was making it hard to breath for Mr. Spencer. [Exhibit 1 - paragraph 10]

17. After the First Four Electrocution cycles, Mr. Spencer had little to no control control over his body. He was on his back while his arms were being pinned down. At the same time Officer Rozema was punching and Kicking Mr. Spencer in the Face. [exhibit 1 - paragraph 11] see also [Exhibit 22 - video B - (Macklins 1st Body cam) at 00:36 and 00:38]

18. Mr. Spencer ended up on his Knees in an attempt to block the officers strikes, and was electrocuted 2 more times. See [Exhibit 1 - paragraph 12] and [exhibit 8 - page 18 - Seq #515 and #518]

19. Mr. Spencer informed the officers that he had a pacemaker as he felt that he was going into cardiac arrest. [Exhibit 1 - paragraph 12] and [Exhibit 22 - video A - (shall's Body - Cam) at 01:00 to 01:15      ]

4

20. Shortly after an officer was laying on top of Mr. Spencer and had flatened him out. Spencer was then kneed in his face 6-7 times. [exhibit 1 paragraph 13] and [Exhibit 22 - video's B, D - (Macklins 1st and 2nd Body-cam's)

21. Mr. Spencer was in shock and loosing his motor function ability's. During this time an officer wrapped his hands around Mr. Spencer's neck and slammed Spencer's face into the ground repeatedly. [Exhibit 1 - paragraph 13] and [Exhibit 22 - video's B, D (Macklin's 1st and 2nd Body-cam's)

22. Then Mr. Spencer felt the probes in the back of his body begin to electrocute him for the 7th time. At the same time the officer stuck the stun-gun to his carrotid artery and held it there for what seemed like 20 seconds. [exhibit 1 - paragraph 14] and [exhibit 8 - page 18 - seq #521] and [Exhibit 22 - video's B, D (macklin's 1st and 2nd Body Cam's]

23. At this time Mr. Spencer's heart felt like it was going to give out. [Exhibit 1 paragraph 14]

24. Mr. Spencer was face down in the ground and two hands were wrapped around his throat and he was strangled untill he went unconscious. [Exhibit 1 - paragraph 15] and [Exhibit 22 - videos B, C, D (Macklin's 1st and 2nd Body cam's and Clarks Body cam)]

25. When Mr. Spencer woke up, he was handcuffed and an officer was driving his knee/foot into Mr. Spencers Neck with all of his body weight. [Exhibit 1 - paragraph 16] and [Exhibit 22 - video's A, C, D (Macklin's 2nd, clark's, and Shall's Body-cam's)]

26. By the end of the incident Mr. Spencer had not thrown a single punch/strike and to this day this incident stands as the most traumatic experience of Mr. Spencer's life. [Exhibit 1 - paragraph 17]

27. Mr. Spencer was reapeatedly asked about illegal drugs found in the vehicle. Mr. Spencer denied the drugs were his. [Exhibit 1 - paragraph 18]

28. Mr. Spencer heard one of the defendants tell the E.M.T's that Mr. Spencer admitted that the "Meth" found in the car was his. [Exhibit 1 - paragraph 19]

6

29. Mr. Spencer was not under the infuence of any drugs at the time of this incident. [exhibit 1 - paragraph 19]