THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE: LRCiv 7.1(a)(4), 5.4
(Rule Number/Section)

IN THE UNITED STATES DISTRICT COURT OF ARIZONA

Cole J. Spencer

v.

Aaron Pew, et. al.,

CV-20-00385-DGC-CDB

Plaintiffs statement of facts in support of opposition to Defendant Shall and Macklins Motion for Summary Judgment

Plaintiff, Mr. Spencer sets forth the following statement of facts in opposition to defendants motion for Summary Judgment.

## Statement Of Facts

1. Mr. Spencer is currently incarcerated in the Arizona Department of Corrections in Yuma. [Exhibit A - paragraph 1]

2. On March 21st 2018, defendants Shall and Macklin arrived on scene of an incident involving Cole Spencer and defendants Pew and Rozema. [Exhibit A - paragraph 2]

3. Shall's body-cam shows that he arrived on scene at the exact time the first four discharge cycles from officer Pew's taser were ending. [Exhibit A - paragraph 4]

4. Everything from this point untill the E.M.T.'s arrived is on Shall's body-cam, he was present and within 15 feet of everything that occured in this incident. [Exhibit A - paragraph 4]

5. After the initial electrocutions, Mr. Spencer had little to no control over his body. Officer Pew was pinning Spencer's arms to the ground while Rozema punched and kicked Spencer's face. [Exhibit A - paragraph 5] and [Exhibit 22 - video B - (Macklins body-cam #1) at 00:34 to 00:39]

6. At this time Deputy Macklin arrived on scene. He was present for everything after this point of the incident. [Exhibit A - paragraph 5]

7. Mr. Spencer ended up on his knees in an attempt to block the officers strikes, and was electrocuted 2 more times. [Exhibit A - paragraph 6] and [Exhibit 8 - page 18 - Seq# 515 and 518]

8. Mr. Spencer informed the officers that he had a Pacemaker as he felt that he was going into cardiac arrest. He also told the officers "O.K., O.K. can't move my hands". [Exhibit A - paragraph 6] and [Exhibit 22 - video A - Shall's Body cam at 01:00 to 01:15]

9. Because of the traumatic intensity of this incident, it is possible that the events described in [SoF 7 and 8] could have happened before Macklin arrived, but in any event it has no bearing on either officers liability as they were present for everything after this point which is when the more egregious parts of this incident occured. [Exhibit A - paragraph 6]

10. Around this time Deputy Macklin was laying on top of Mr. Spencer and had flatened him out. Spencer was then kneed in his face 6-7 times by Pew. [Exhibit A - paragraph 7] and [Exhibit 22 - video B - Macklins 1st Body Cam at 00:39 to 01:37]

11. Mr. Spencer was in shock and loosing his motor function ability's. During this time officer Pew wrapped his hands around Mr. Spencer's neck and slammed Spencer's face into the ground repeatedly. [Exhibit A - paragraph 7] and [Exhibit 22 - video B - Macklins First Body-Cam at 00:39 to 01:37]

12. Then Mr. Spencer felt the probes in the back of his body begin to electrocute him for the 7th time. At the same time the officer stuck the tip of the stun-gun to his corrotid artery and held the trigger for around 20 seconds. [Exhibit A - paragraph 8] Also [Exhibit 8 - page 18 - Seq # 521] and [Exhibit 22 - video D - Macklin's 2nd Body-Cam at 00:01 to 00:22]

13. At this time Mr. Spencer's heart felt like it was going to give out. [Exhibit A - Paragraph 8]

14. Immediatly after the electrocution was over, Spencer was face down and officer Pew wrapped his hands around Spencer's throat and strangled him untill he went unconscious. [Exhibit A - paragraph 9] and [Exhibit 22 - video C - clark's Body-cam at 01:35 to 02:15] and [Exhibit 22 - video D - Macklins 2nd Body-cam at 00:25 to 01:05]

15. When Spencer woke up he was handcuffed and an officer was driving his knee into the back of his neck with all of his body wieght. [Exhibit A - paragraph 10] and [Exhibit 22 - video D - Macklins 2nd Body Cam at 01:05 to 03:55]

16. Mr. Spencer informed the officer that he "couldn't breathe" several times and also told the officer that he was "DYING" to which officer Pew said, "Then next time, Dont lie about your name." [Exhibit A - paragraph 10] and [Exhibit 22 - video D - Macklins 2nd Body-Cam at 01:05 to 03:55] *** [(The "I'm DYING" part) is at 01:28 to 01:35]

17. By the end of this incident Spencer had not thrown a single punch or strike and to this day this incident stands as the most traumatic experience of Mr. Spencer's life. [Exhibit A - paragraph - 11]

18. Mr. Spencer was not under the influence of any drugs at the time of this incident. [Exhibit A - paragraph 12]

19. Deputies Shall and Macklin were present and self-aware of all events described in this "statement of facts" and failed to intervene and stop the Mesa officers from brutally beating Mr. Spencer. [Exhibit - A - paragraph 12]