CV 20-385-PHX-DGC-CDB

# Exhibit list

A. Declaration by Cole Spencer

B. Shall's answers to interrogatorries and Admissions

C. Maklins answers to interrogatorries and Admissions

D. Copy of Deposition of Cole Spencer

E. Axon Body-cam video diagnostic spread sheet.

Exhibit A

Declaration Of Cole Spencer

     I, Cole Joseph Spencer, declare under penalty of perjury that the following is true and correct.

     Attention: This declaration is similar to the declaration that was submitted by me as [Exhibit 1] with my response to defendant Pew and Rozema's motion for summary Judgment. Defendants Shall and Macklin arrived shortly after the beating commenced, so I will begin this declaration from this point at which deputies Shall and Macklin arrived. Also, all exhibits mentioned in this declaration that bear a number, is a reference to an exhibit submitted with my response to Pew and Rozema's motion for Summary Judgement.

    1. This declaration is based on my personal knowledge relevant to the Arizona District Court case [Spencer v. Pew et. al. (2:20 CV-00385-DGC-CDB]. I am currently incarcerated in the AZ. Department Of Corrections in Yuma AZ.

    2. On March 21 st 2018, I was at my friend Jaimie Kern's residence and as I was leaving an undercover vehicle started to follow us. We were pulled over and harrassed by

[two] Mesa Swat officers. I was scared to give these officers my name so I gave them a differant name. I was pulled out of the vehicle by officer Rozema.

3. He bent my wrist and called me by my real name. I panicked and nudged him with my shoulder. I was then punched, kicked and beaten for about 15 Seconds. I was face down while I was being beaten, then I was shot with [four] taser probes and electrocuted for what seemed like 30 seconds straight.

4. Deputy shall's Body-Cam video show's his arrival on scene at the exact moment the first [four] discharge cycles from defendant Pew's taser were ending. Everything that happens from this point of the incident to when the E.M.T.'s arrive is all captured in this footage, [Exhibit 22-video A] he was present and within 15 feet of everything that Occured in this incident.

5. After the initial electrocutions I was able to roll over on my back. At this point I had little to NO control over my body as a result of the taser. My legs and arms were going in and out of being locked up. At this point officer Pew was pinning my arms down while officer Rozema was punching and kicking me. At this time Deputy Macklin arrived on scene. His Body-Cam depicts what is written in this paragraph as he exits his vehicle.

6. At one point I was on my knees trying to block their strikes. At this time I was electrocuted 2 more times. I had a heart attack in 2015 and felt like I was going into cardiac arrest again, so I pleaded with the officers to stop by informing them I had a pacemaker as well as informing them that my hands were locked up, but this was ignored and the beating continued. (It should be noted that in the previous paragraph, Pew and Rozema are pinning me down while beating me. Im not sure if that happened before or after I was electrocuted [two] additional times described in this paragraph. Because of the fact that the defendants altered the footage by taking the running clock off the screen it is very difficult to compare multiple videos with each other and decipher which events took place before and after each other.)

7. At some point deputy Macklin was on top of me and had flatened me out on my stomach. I was then kneed in my face 6 or 7 times by officer Pew. My body was in shock and my motor functions were locked up. At this time officer Pew wrapped his hands around my throat and slammed my face into the ground at least 7-12 times. I was having trouble breathing.

8. Then I was electrocuted again through the probes in my back and my legs, as well as through the tip of the stun-gun, as officer Rozema told officer Pew, "take him for another ride". Pew then stuck the gun to my Carrotid artery and electrocuted me for what seemed like 15-20 seconds. My heart felt like it was going to give out.

9. As soon as the electrocution was over, officer Pew wrapped his hands around my throat and squeezed as I layed in the dirt face down. I could not breathe and it felt like my throat was being crushed. I was strangled till I went unconscious. (It should be noted that I went unconscious a couple times during this incident but would comeback when the officers began to taze me.)

10. When I gained Consciousness, I was handcuffed and my face was being pushed into the ground and I pleaded with the officers and informed them that "I couldn't Breathe". I told them this several times. During this time, officer Pew began driving his knee into my neck with all of his body weight which made it even harder to breathe. As he did this he said, "Next time dont lie about your name", right after I told him that I felt like I was "dying", which made it clear why this beating was happening. My arm also felt like it was broke. I informed Pew and he yanked up on the hondcuffs, bending the arm in question and said, "If you move Im gonna Fuck you up".

11. By the end of this incident I had not thrown a punch, a kick, or any type of strike towards any officer. This was easily the most traumatic experience of my life. The amount of force these officers used in this incident was unnecessary and inhumane.

12. I was not under the influence of any drugs at the time of this incident. Deputy shall and Macklin were present for all the actions described in this declaration and failed to intervene and stop the Mesa officers from brutally beating me.

Cole Spencer
Cole Spencer

2-16-2021

State of Arizona, County of Yuma
sworn or affirmed before me this 16th day of February, 2021
by Cole J. Spencer.


**DOUGLAS SWANSON**
Notary Public - Arizona
**YUMA COUNTY**
Commission # 577791
Expires January 20, 2024

Douglas Swanson
Notary Public



1    ALLISTER ADEL
2    MARICOPA COUNTY ATTORNEY

3    By:    JENNIFER G. LOCKERBY (Bar No. 024041)
            lockerbj@mcao.maricopa.gov
4           CHRISTINE B. STUTZ (Bar No. 019664)
            stutzc@mcao.maricopa.gov
5           Deputy County Attorneys

6
7    CIVIL SERVICES DIVISION
     225 West Madison Street
8    Phoenix, Arizona 85003
     Telephone (602) 506-8541
9    Facsimile (602) 506-4317
     MCAO Firm No. 00032000
10   ca-civilmailbox@mcao.maricopa.gov

11
12   *Attorneys for Maricopa County Defendants*

13              IN THE UNITED STATES DISTRICT COURT

14                  FOR THE DISTRICT OF ARIZONA

15   Cole Joseph Spencer,                    No. CV-20-00385-PHX-DGC (CDB)

16              Plaintiff,
                                             **DEFENDANT SHALL'S RESPONSES**
17   v.                                      **TO PLAINTIFF'S NON-UNIFORM**
                                             **INTERROGATORRIES AND**
18   Aaron Pew #1983; Jacob Rozema #15724;   **REQUEST FOR ADMISSIONS**
19   Shall #1554; Macklin #1742; Mesa Police
     Department; City of Mesa; Maricopa
20   County Sheriff's Office; County of
21   Maricopa;

22              Defendants.

23
24          Defendant Shall (#1742), through undersigned counsel hereby responds to

25   Plaintiff's First Set of Request for Admissions and First Set of Interrogatories pursuant to

26   Rules 33 and 36, Federal Rules of Civil Procedure.  Defendant reserves the right to

27   supplement or amend his responses as discovery proceeds in this matter up to and

28

                                         -1-

including the time of trial; responses are based upon information reasonably available to date. The following General Objections are applicable to all Defendants and are incorporated by this reference as to Defendant Shall.

## GENERAL OBJECTIONS

1.      The general objections set forth below are applicable to Plaintiff's discovery requests to Defendant in its entirety. By this reference, Defendant incorporate each of these general objections into their responses to the discovery requests. To the extent that specific objections are cited in response to a specific request, those objections are provided because they are believed to be particularly applicable to the request, and are not to be construed as a waiver of any of these general objections.

2.      Defendant objects to the interrogatories on the grounds and to the extent that they seek information or documents not relevant to any claim or defense of this action, nor reasonably calculated to lead to the discovery of admissible evidence. More specifically, Defendant objects to any interrogatory which seeks documents or information concerning any matter other than the above-captioned action at issue involving Plaintiff.

3.      Defendant objects to any interrogatory relating to subject matter or to a time period that is not relevant to this case.

4.      Defendant objects to any interrogatory seeking privileged information or documents containing privileged information in the absence of an appropriate waiver or the Court's order.

5.      Defendant objects to any interrogatory seeking information or documents containing confidential information in the absence of an order protecting such information or documents from disclosure or dissemination beyond the parties and their counsel.

6.      Defendant objects to the extent any interrogatory purports to require them to search for information or documents not within his possession, custody or control. To do so would place an unreasonable burden upon Defendant.

7.      These responses are made without waiver of and with specific preservation of:

a.      Objection to all interrogatories as to competency, relevancy, materiality, privilege and admissibility of the requested information or documents;

b.      The right to object to demand for further response to the request for discovery;

c.      The right at any time to review, correct, supplement or clarify any response; and

d.      The right at any time to object to any request on the basis that it violates the limitations of Rule 33, Federal Rules of Civil Procedure.

8.      The following responses are based upon information and documents presently available to, and located by, Defendant and his attorneys. Defendant has not completed investigation of the facts relating to this case, has not completed discovery in this case, and has not completed their trial preparation. The following responses are given without prejudice to the Defendant's rights to supplement his responses or to produce evidence of additional facts.

## REQUEST FOR ADMISSIONS

**REQUEST FOR ADMISSION NO. 1:**  Admit that MCSO has trained you to apply chokeholds that allow you to wrap your hands around a suspect's throat/neck at the time of the incident.

Admit_____      Deny___X_____

**REQUEST FOR ADMISSION NO. 2:**  Admit that if you wrapped your hands around a suspects throat and squeezed, (at the time of this incident) you would have been put on Notice.

Admit_____      Deny___X_____

Unclear what "notice" means

**REQUEST FOR ADMISSION NO. 3:**  Admit that lethal force was used by Mesa PD Officers the day of this incident.

Admit_____      Deny___X____

**REQUEST FOR ADMISSION NO. 4:**  Admit that you failed to submit a use-of-force report in this "deadly/lethal force" incident.

Admit___      Deny___X_____

Defendant Shall did not fail to submit a report but rather was not required to submit one as he did not use force which required such a report.

**REQUEST FOR ADMISSION NO. 5:** Admit you never witnessed me punch the Mesa PD Officers in this incident.

Admit _X__          Deny_____

**REQUEST FOR ADMISSION NO. 6:** Admit that you cut the tazer probes at the end of this incident from Mr. Spencer's Body.

Admit___          Deny__X_____

## INTERROGATORIES

**INTERROGATORY NO. 1:** Please describe your training of the carotid choke in extreme detail?

**ANSWER:** *Defendants object to this Interrogatory to the extent that it seeks information not relevant to the subject matter of the pending litigation and is not reasonably calculated to lead to the discovery of admissible evidence because Officer Shall is not accused of using the carotid choke hold and the MCSO use of force policy has already been disclosed.*

**INTERROGATORY NO. 2:** At the time of the incident, did MCSO policy/training ever instruct you to "chicken-choke" a suspect by wrapping your hands around a suspect's throat/neck?

**ANSWER:** *Defendant objects to this Interrogatory to the extent that it seeks information not relevant to the subject matter of the pending litigation and is not reasonably calculated to lead to the discovery of admissible evidence. Subject to, and without waiving the foregoing objections, Defendants respond as follows: No.*

**INTERROGATORY NO. 3:** In your opinion, given the totality of the circumstances that you had been confronted with, do you feel that deadly/lethal force was a viable option for you or the officer's (Rozema, Pew, Shall, Clark) to apply on Mr. Spencer?

**ANSWER:** *Defendant denies the suggestion that plaintiff was subjected to deadly/lethal force at any time during this interaction.*

**INTERROGATORY NO. 4:** Please explain why you did not submit on incident report or a use of force report for this incident that involved lethal force?

**ANSWER:** *Deputy Shall did submit an incident report and did not use force so did not file a use of force report.*

**INTERROGATORY NO. 5:** Did you feel that your life was in danger? If so, why?

**ANSWER:** *No.*

**INTERROGATORY NO. 6:** Did you ever witness Mr. Spencer throw any punches?

**ANSWER:** *Not while Deputy Shall was on the scene.*

**INTERROGATORY NO. 7:**  Did you agree with the portrayal of this incident on the Special Report on ABC that aired on Oct. 23ʳᵈ?

**ANSWER:**  *Defendant objects to this Interrogatory: it is vague and ambiguous because it fails to identify any specific part of the recording which referred to other incidents unrelated to this lawsuit.  Additionally, it seeks opinion evidence not relevant to the subject matter of the pending litigation and is not reasonably calculated to lead to the discovery of admissible evidence.*


**INTERROGATORY NO. 8:**  Give a detailed explanation of how many probes were lodged into Mr. Spencer's body when you cut the wires and pulled the tazer probes out?

**ANSWER:**  *Deputy Shall did not remove taser probes from Mr. Spencer.  At one-point (MCSO-0009 video 09:20) Deputy Shall and Sergeant Clark cut the wires because they had become entangled in the handcuffs.  Medical staff are responsible for removing taser probes.*

Dated this 8ᵗʰ day of December 2020.

ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

BY: */s/Jennifer G. Lockerby*
JENNIFER G. LOCKERBY
CHRISTINE B. STUTZ
Deputy County Attorneys
*Attorneys for Maricopa County Defendants*

Original MAILED to:

COLE JOSEPH SPENCER #226871
ASPC YUMA - DAKOTA UNIT
PO BOX 8909
SAN LUIS AZ  85349
*PLAINTIFF PRO SE*

/s/*J. Christiansen*
S:\CIVIL\CIV\Matters\CJ\2020\Spencer v. Pew CJ2020-0066\Discovery\Plaintiff\D Shall's Rsp to NUIs & RFAs 120820.docx

Exhibit C

1  ALLISTER ADEL
2  MARICOPA COUNTY ATTORNEY

3  By:    JENNIFER G. LOCKERBY (Bar No. 024041)
4          lockerbj@mcao.maricopa.gov
        CHRISTINE B. STUTZ (Bar No. 019664)
5          stutzc@mcao.maricopa.gov
        Deputy County Attorneys
6
7  CIVIL SERVICES DIVISION
   225 West Madison Street
8  Phoenix, Arizona 85003
   Telephone (602) 506-8541
9  Facsimile (602) 506-4317
   MCAO Firm No. 00032000
10 ca-civilmailbox@mcao.maricopa.gov
11
12 *Attorneys for Maricopa County Defendants*

13            **IN THE UNITED STATES DISTRICT COURT**

14            **FOR THE DISTRICT OF ARIZONA**

15 Cole Joseph Spencer,                    No. CV-20-00385-PHX-DGC (CDB)

16            Plaintiff,                    **DEFENDANT MACKLIN'S**
                                            **RESPONSES TO PLAINTIFF'S**
17 v.                                       **NON-UNIFORM**
                                            **INTERROGATORRIES AND**
18 Aaron Pew #1983; Jacob Rozema #15724;    **REQUEST FOR ADMISSIONS**
19 Shall #1554; Macklin #1742; Mesa Police
   Department; City of Mesa; Maricopa County
20 Sheriff's Office; County of Maricopa;
21
            Defendants.
22

23      Defendant Macklin (#1742), collectively "Defendant," through undersigned

24 counsel hereby responds to Plaintiff's First Set of Request for Admissions and First Set

25 of Interrogatories pursuant to Rules 33 and 36, Federal Rules of Civil Procedure.

26 Defendant reserves the right to supplement or amend his responses as discovery proceeds

27 in this matter up to and including the time of trial; responses are based upon information
28

reasonably available to date.   The following General Objections are applicable to all Defendants and are incorporated by this reference as to Defendant Macklin.

## GENERAL OBJECTIONS

1.      The general objections set forth below are applicable to Plaintiff's discovery requests to Defendant in its entirety. By this reference, Defendant incorporate each of these general objections into their responses to the discovery requests. To the extent that specific objections are cited in response to a specific request, those objections are provided because they are believed to be particularly applicable to the request, and are not to be construed as a waiver of any of these general objections.

2.      Defendant objects to the interrogatories on the grounds and to the extent that they seek information or documents not relevant to any claim or defense of this action, nor reasonably calculated to lead to the discovery of admissible evidence. More specifically, Defendant objects to any interrogatory which seeks documents or information concerning any matter other than the above-captioned action at issue involving Plaintiff.

3.      Defendant objects to any interrogatory relating to subject matter or to a time period that is not relevant to this case.

4.      Defendant objects to any interrogatory seeking privileged information or documents containing privileged information in the absence of an appropriate waiver or the Court's order.

5.      Defendant objects to any interrogatory seeking information or documents containing confidential information in the absence of an order protecting such information or documents from disclosure or dissemination beyond the parties and their counsel.

6.     Defendant objects to the extent any interrogatory purports to require them to search for information or documents not within his possession, custody or control. To do so would place an unreasonable burden upon Defendant.

7.     These responses are made without waiver of and with specific preservation of:

a.     Objection to all interrogatories as to competency, relevancy, materiality, privilege and admissibility of the requested information or documents;

b.     The right to object to demand for further response to the request for discovery;

c.     The right at any time to review, correct, supplement or clarify any response; and

d.     The right at any time to object to any request on the basis that it violates the limitations of Rule 33, Federal Rules of Civil Procedure.

8.     The following responses are based upon information and documents presently available to, and located by, Defendant and his attorneys. Defendant has not completed investigation of the facts relating to this case, has not completed discovery in this case, and has not completed their trial preparation. The following responses are given without prejudice to the Defendant's rights to supplement his responses or to produce evidence of additional facts.

## REQUEST FOR ADMISSIONS

**REQUEST FOR ADMISSION NO. 1:**  Admit that MCSO has trained you to apply chokeholds that allow you to wrap your hands around a suspect's throat/neck at the time of the incident.

Admit_____          Deny ___X_____

**REQUEST FOR ADMISSION NO. 2:**  Admit that if you wrapped your hands around a suspects throat and squeezed, (at the time of this incident) you would have been put on Notice.

Admit_____          Deny ___X_____

**REQUEST FOR ADMISSION NO. 3:**  Admit that lethal force was used by Mesa PD Officers the Day of this incident.

Admit_____          Deny ___X___

**REQUEST FOR ADMISSION NO. 4:**  Admit that you failed to submit a use-of-force report in this "deadly/lethal force" incident.

Admit___          Deny ___X_____

Defendant Macklin did not fail to submit a report but rather was not required to submit one as he did not use force which required such a report.

**REQUEST FOR ADMISSION NO. 4:**  Admit you never witnessed me punch the Mesa PD Officers in this incident.

Admit  X       Deny_____

## INTERROGATORIES

**INTERROGATORY NO. 1:**  Please describe your training of the carotid choke in extreme detail?

**ANSWER:**  *Defendants object to this Interrogatory to the extent that it seeks information not relevant to the subject matter of the pending litigation and is not reasonably calculated to lead to the discovery of admissible evidence because Deputy Macklin is not accused of using the carotid choke hold and the MCSO use of force policy has already been disclosed.*

**INTERROGATORY NO. 2:**  At the time of the incident, did MCSO policy/training ever instruct you to "chicken-choke" a suspect by wrapping your hands around a suspect's throat/neck?

**ANSWER:**  *Defendant objects to this Interrogatory to the extent that it seeks information not relevant to the subject matter of the pending litigation and is not reasonably calculated to lead to the discovery of admissible evidence.  Subject to, and without waiving the foregoing objections, Defendant responds as follows: No.*

**INTERROGATORY NO. 3:**  In your opinion, given the totality of the circumstances that you had been confronted with, do you feel that deadly/lethal force was a viable option for you or the officer's (Rozema, Pew, Shall, Clark) to apply on Mr. Spencer?

**ANSWER:**  *Defendant denies the suggestion that plaintiff was subjected to deadly/lethal force at any time during this interaction.*

**INTERROGATORY NO. 4:**  Please explain why you did not submit on incident report or a use of force report for this incident that involved lethal force?

**ANSWER:**  *When working with other officers it is typical for one officer to write the report.*

**INTERROGATORY NO. 5:**  Did you feel that your life was in danger? If so, why?

**ANSWER:**  *No.*

**INTERROGATORY NO. 6:** Did you ever witness Mr. Spencer throw any punches?

**ANSWER:**  *Not while I was on the scene.*

**INTERROGATORY NO. 7:**  Did you agree with the portrayal of this incident on the Special Report on ABC that aired on Oct. 23rd?

**ANSWER:**  *Defendant objects to this Interrogatory: it is vague and ambiguous because it fails to identify any specific part of the recording which referred to other incidents unrelated to this lawsuit.  Additionally, it seeks opinion evidence not relevant to the*

*subject matter of the pending litigation and is not reasonably calculated to lead to the*

*discovery of admissible evidence.*

**INTERROGATORY NO. 8:**  Give a detailed explanation of the tazer probes that were

lodged in Mr. Spencer's body? Did you see them lodged in his body after he was

handcuffed?

**ANSWER:**  *Deputy Macklin does not have information regarding taser probes in Mr.*

*Spencer's body. Any taser probes would have been removed by the medical personnel.*

**INTERROGATORY NO. 9:**  Please give a detailed explanation as to why your body-

cam video has break in it.  Why do you have 2 videos that overlap each other?

**ANSWER:**  *In 2018 the body camera I was using was connected by a cord that ran*

*from the camera to the battery.  During the struggle, the wire was disconnected. After*

*the struggle ended, I reconnected the wire and continued the recording.*

Dated this 8th day of December 2020.

ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

BY: */s/Jennifer G. Lockerby*
    JENNIFER G. LOCKERBY
    CHRISTINE B. STUTZ
    Deputy County Attorneys
    *Attorneys for Maricopa County Defendants*

Original MAILED to:

COLE JOSEPH SPENCER #226871
ASPC YUMA - DAKOTA UNIT
PO BOX 8909
SAN LUIS AZ  85349
*PLAINTIFF PRO SE*

/s/ *J. Christiansen*
S:\CIVIL\CIV\Matters\CJ\2020\Spencer v. Pew CJ2020-0066\Discovery\Plaintiff\D Macklin Rsp to NUIs & RFAs 120820.docx

Exhibit D

Telephonic

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Cole Joseph Spencer,    ) NO. CV-20-00385-PHX-DGC(CDB)
                  )
        Plaintiff,    )
                  )
v.                  )
                  )
Aaron Pew #1983; Jacob    )
Rozema #15724; Shall #1554; )
Macklin #1742; Mesa Police )
Department; City of Mesa;  )
Maricopa County Sheriff's  )
Office; County of Maricopa, )
                  )
        Defendants.   )
_____)


TELEPHONIC DEPOSITION OF COLE JOSEPH SPENCER
Florence, Arizona
September 18, 2020
10:15 a.m.


REPORTED BY:
PHYLLIS M. RISSKY, RPR
Certified Reporter
Certificate No. 50422

PREPARED FOR:
(ASCII/Certified Copy)

Telephonic

24

1    Q.    And you've been arrested before, right?

2    A.    Absolutely.

3    Q.    So you know how that goes.  You give them your

4    hands, they cuff you, they take you to jail?

5    A.    Right.  Absolutely.  But what they don't do is

6    bend your arm in a way that it's so bad that -- it's so

7    bad that your wrist is swollen, you know what I mean, as

8    it will show in the medical records.

9         So, yes, at that point I nudged him because he

10   called me by my real name.  He said CJ, and I hadn't given

11   him my real name yet.  So I knew that he knew who I was

12   and I knew that this was -- this is what they do.  They

13   have the SWAT team.  They don't wear body cameras.  And

14   they have them go do the dirty jobs.  They have them go do

15   special assignments and they assault citizens.  That's

16   what they do.

17   Q.    So you're saying you didn't shove him; you just

18   nudged him?

19   A.    Well, it's a shove, yes.  I committed aggravated

20   assault by shoving the officer.  And it's going to say

21   that in my change of plea hearing.  The factual basis, the

22   judge asks my attorney to enter -- to give a factual basis

23   of the event that took place.  My attorney said, "Okay.

24   Mr. Spencer shoved the officer and made a sudden

25   movement."  And that's when he hurt his hip.

Telephonic

36

1    they had ever taken --

2       Q.    Okay.

3       A.    -- which is useless to me.

4       Q.    Can we agree that Officer Shall did not use force

5    against you?

6       A.    I don't know.  I haven't seen all the videos.  I

7    have not seen all the videos.  I haven't seen all of his

8    videos.  But from Shall, from Shall, I can answer on

9    Shall, actually, that in the videos that I saw in the

10   amount of time I was allowed to see it, I did not see him

11   strike me.

12      Q.    How about Officer Macklin, the second officer

13   that arrived that was --

14      A.    I couldn't answer that.  I couldn't answer that.

15      Q.    Again, let me finish the question.  You're making

16   this job very difficult for our court reporter.

17      A.    All right.

18      Q.    In your complaint, you alleged that Officers

19   Macklin and Shall inflicted -- let's see.  I want to find

20   the exact language -- numerous punches, kicks,

21   strangulations, and electrocution.

22            You said that Officers Shall and Macklin did

23   those things to you?

24      A.    No.  You're reading it wrong.  Can you read it

25   back to me right now, the whole -- can you read the whole



# AXON

Exhibit E

**Report generated by:**

| | |
|---|---|
| User | Deavult, Ellen (ED5090) |
| Username | deavulte |
| Department | Maricopa County Attorneys Office - AZ |
| Local Timezone | America/Phoenix |
| Generated on | Aug 4, 2020 3:54 PM |

| Reference ID | ID | Title | Evidence Group | Owner | Uploaded by | Uploaded on | Recorded on | Duration | Category | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 1fda355c0def1 b008ea650203a4b | MC18064268 | AXON Flex Video 2018-03-21 1726 | | Deavult, Ellen (ED5090) | Macklin, Justin (S1742) | 21 Mar 2018 22:37:38 | 21 Mar 2018 17:26:00 | 21m 29s | | Active |
| 8bddb52441Rea b9afec5f5350 | MC18064268 | AXON Flex Video 2018-03-21 1725 | | Deavult, Ellen (ED5090) | Clark, Christopher (S1709) | 21 Mar 2018 21:41:33 | 21 Mar 2018 17:25:14 | 17m 7s | | Active |
| 1465cebd34587 a82b0dc5943b9 | MC18064268 | AXON Flex Video 2018-03-21 1724 | | Deavult, Ellen (ED5090) | Macklin, Justin (S1742) | 21 Mar 2018 22:07:57 | 21 Mar 2018 17:24:44 | 1m 37s | | Active |
| 8bc2897214c359 f68c7009dfbf | MC18064268 | AXON Flex Video 2018-03-21 1723 | | Deavult, Ellen (ED5090) | Shall, Kevn (S1554) | 22 Mar 2018 01:29:22 | 21 Mar 2018 17:23:54 | 30m 31s | | Active |



**Maricopa County Sheriffs Office - AZ**

**Phoenix, AZ, US**

*Document generated: 24 Nov 2020 - 10:16:33 -07:00 by Wagner, Chad(A8075)*



## EVIDENCE AUDIT TRAIL

| Evidence | | Source | |
|---|---|---|---|
| Evidence ID | **MC18064268** | Device Type | **Axon Flex** |
| Categories | **Other - Categories** | Device Name | **DESTROYED** |
| Title | **AXON Flex Video 2018-03-21 1724** | Serial Number | **X78030689** |
| | | Other | **Axon Flex** |

| | |
|---|---|
| CheckSum | **Sha2-8d55115db9fa70729c46c60d6babd45890132151e7a289520f4 3b634b2e5e30c** |
| Record Start | **21 Mar 2018 17:24:44** |
| Uploaded | **21 Mar 2018 22:07:57** |
| Uploader | **Macklin, Justin (Badge ID: S1742)** |
| Unique ID | |

**Usage**

| | |
|---|---|
| Page views | **8** |
| File downloads | |
| Video playbacks | **6** |
| Last Viewed Or Downloaded On | **24 Nov 2020 10:16:33** |

| # | Date | Time | User | Activity |
|---|---|---|---|---|
| 1 | 21 Mar 2018 | 22:07:57 (-07:00) | System | Evidence Record Created |
| 2 | 22 Mar 2018 | 01:19:15 (-07:00) | Dalley, Erin (Badge ID: S1793)<br>Username:<br>User ID: | Evidence Record Accessed. Client IP Address: 156.42.184.219 |
| 3 | 22 Mar 2018 | 01:19:18 (-07:00) | Dalley, Erin (Badge ID: S1793)<br>Username:<br>User ID: | Media File Buffered by System at Page Load. Client IP 156.42.184.219 |
| 4 | 22 Mar 2018 | 01:19:21 (-07:00) | Dalley, Erin (Badge ID: S1793)<br>Username:<br>User ID: | Evidence Record Streamed. Client IP Address: 156.42.184.219 |
| 5 | 22 Mar 2018 | 07:09:38 (-07:00) | System | Tag 'D1' Added |
| 6 | 22 Mar 2018 | 07:09:38 (-07:00) | System | External ID Updated to 'MC18064268' |
| 7 | 22 Mar 2018 | 07:09:38 (-07:00) | System | Category 'Other - Categories' Added<br>Deletion is now unscheduled |
| 8 | 22 Mar 2018 | 07:09:38 (-07:00) | System | Tag '124' Added |
| 9 | 22 Mar 2018 | 07:09:38 (-07:00) | System | Retention Level Updated<br>Deletion is now scheduled for 20 Mar 2021 17:24:44 (-07:00) |
| 10 | 22 Mar 2018 | 07:09:38 (-07:00) | System | Tag 'G123' Added |
| 11 | 27 Mar 2018 | 10:30:58 (-07:00) | Jefferys, Christopher (Badge ID: S1010)<br>Username:<br>User ID: | Evidence Record Accessed. Client IP Address: 156.42.184.219 |

MCSO-0657

| # | Date | Time | User | Activity |
|---|------|------|------|----------|
| 12 | 27 Mar 2018 | 10:31:00 (-07:00) | Jefferys, Christopher (Badge ID: S1010)<br>Username:<br>User ID: | Media File Buffered by System at Page Load. Client IP 156.42.184.219 |
| 13 | 27 Mar 2018 | 10:31:04 (-07:00) | Jefferys, Christopher (Badge ID: S1010)<br>Username:<br>User ID: | Evidence Record Streamed. Client IP Address: 156.42.184.219 |
| 14 | 27 Mar 2018 | 13:04:35 (-07:00) | Wagner, Chad (Badge ID: A8075)<br>Username:<br>User ID: | Evidence Record Accessed. Client IP Address: 156.42.184.219 |
| 15 | 27 Mar 2018 | 13:04:36 (-07:00) | Wagner, Chad (Badge ID: A8075)<br>Username:<br>User ID: | Media File Buffered by System at Page Load. Client IP 156.42.184.219 |
| 16 | 27 Mar 2018 | 13:04:41 (-07:00) | Wagner, Chad (Badge ID: A8075)<br>Username:<br>User ID: | Evidence Record Streamed. Client IP Address: 156.42.184.219 |
| 17 | 27 Mar 2018 | 13:10:23 (-07:00) | Wagner, Chad (Badge ID: A8075)<br>Username:<br>User ID: | Evidence Record Added to Case 'MC18064268'<br>Deletion is now unscheduled |
| 18 | 27 Mar 2018 | 13:11:00 (-07:00) | Wagner, Chad (Badge ID: A8075)<br>Username:<br>User ID: | Evidence copy created at agency Mesa Police Dept. - AZ |
| 19 | 14 May 2018 | 13:53:08 (-07:00) | Wagner, Chad (Badge ID: A8075)<br>Username:<br>User ID: | Evidence Record Added to Case<br>'IR18008163/MC18064268' |
| 20 | 14 May 2018 | 13:53:54 (-07:00) | Wagner, Chad (Badge ID: A8075)<br>Username:<br>User ID: | Evidence copy created at agency Maricopa County Attorneys Office - AZ |
| 21 | 23 Aug 2019 | 16:31:55 (-07:00) | Gallego, Bonita (Badge ID: B3070)<br>Username:<br>User ID: | Evidence Record Accessed. Client IP Address: 156.42.184.219 |
| 22 | 23 Aug 2019 | 16:31:57 (-07:00) | Gallego, Bonita (Badge ID: B3070)<br>Username:<br>User ID: | Media File Buffered by System at Page Load. Client IP 156.42.184.219 |
| 23 | 23 Aug 2019 | 16:31:59 (-07:00) | Gallego, Bonita (Badge ID: B3070)<br>Username:<br>User ID: | Evidence Record Streamed. Client IP Address: 156.42.184.219 |
| 24 | 17 Sep 2019 | 08:40:12 (-07:00) | Dalton, Amanda (Badge ID: B2799)<br>Username:<br>User ID: | Initiated bulk evidence download link including this evidence, excluding audit trails. |
| 25 | 17 Sep 2019 | 08:40:58 (-07:00) | System | Successfully sent bulk evidence download link including this evidence to Dalton, Amanda (Badge ID: B2799, Agency: Maricopa County Sheriffs Office - AZ). Download link expires on 20 Sep 2019 08:40:12 (-07:00). |
| 26 | 17 Sep 2019 | 08:41:30 (-07:00) | Client IP Address: 156.42.184.219<br>Username:<br>User ID: | Evidence downloaded in bulk evidence package 1 of 1 via download link sent to Dalton, Amanda (Badge ID: B2799, Agency: Maricopa County Sheriffs Office - AZ). |
| 27 | 27 May 2020 | 10:47:19 (-07:00) | Wagner, Chad (Badge ID: A8075)<br>Username:<br>User ID: | Evidence Record Accessed. Client IP Address: 72.201.247.140 |
| 28 | 27 May 2020 | 10:47:20 (-07:00) | Wagner, Chad (Badge ID: A8075)<br>Username:<br>User ID: | Media File Buffered by System at Page Load. Client IP 72.201.247.140 |
| 29 | 27 May 2020 | 10:47:21 (-07:00) | Wagner, Chad (Badge ID: A8075)<br>Username:<br>User ID: | Media File Buffered by System at Page Load. Client IP 72.201.247.140 |
| 30 | 27 May 2020 | 10:47:25 (-07:00) | Wagner, Chad (Badge ID: A8075)<br>Username:<br>User ID: | Evidence Record Streamed. Client IP Address: 72.201.247.140 |
| 31 | 14 Jul 2020 | 15:27:19 (-07:00) | Wagner, Chad (Badge ID: A8075)<br>Username:<br>User ID: | Evidence Record Accessed. Client IP Address: 72.201.247.140 |
| 32 | 14 Jul 2020 | 15:27:20 (-07:00) | Wagner, Chad (Badge ID: A8075)<br>Username:<br>User ID: | Media File Buffered by System at Page Load. Client IP 72.201.247.140 |

2

page 3

| # | Date | Time | User | Activity |
|---|------|------|------|----------|
| 33 | 05 Aug 2020 | 09:07:11 (-07:00) | **Wagner, Chad (Badge ID: A8075)**<br>Username: ▮▮▮▮▮▮▮<br>User ID: ▮▮▮▮▮▮▮▮▮▮▮ | Evidence copy created at agency Maricopa County Attorneys Office - AZ |
| 34 | 06 Aug 2020 | 10:36:35 (-07:00) | **Wagner, Chad (Badge ID: A8075)**<br>Username: ▮▮▮▮▮▮▮<br>User ID: ▮▮▮▮▮▮▮▮▮▮▮ | Evidence Record Added to Case 'MC18064268' |
| 35 | 06 Aug 2020 | 10:36:53 (-07:00) | **Wagner, Chad (Badge ID: A8075)**<br>Username: ▮▮▮▮▮▮▮<br>User ID: ▮▮▮▮▮▮▮▮▮▮▮ | Evidence copy created at agency Maricopa County Attorneys Office - AZ |
| 36 | 06 Aug 2020 | 12:48:33 (-07:00) | **Client IP Address: 52.238.118.216** | Evidence downloaded in case evidence package 1 of 1 via download link emailed to Garcia, Jacalyn (Badge ID: garcia@mcao.maricopa.gov, Agency: Maricopa County Attorneys Office - AZ). |
| 37 | 24 Nov 2020 | 09:10:16 (-07:00) | **Macklin, Justin (Badge ID: S1742)**<br>Username: ▮▮▮▮<br>User ID: ▮▮▮▮▮▮▮▮▮▮▮ | Evidence Record Accessed. Client IP Address: 156.42.184.219 |
| 38 | 24 Nov 2020 | 09:10:18 (-07:00) | **Macklin, Justin (Badge ID: S1742)**<br>Username: ▮▮▮▮<br>User ID: ▮▮▮▮▮▮▮▮▮▮▮ | Media File Buffered by System at Page Load. Client IP 156.42.184.219 |
| 39 | 24 Nov 2020 | 09:10:34 (-07:00) | **Macklin, Justin (Badge ID: S1742)**<br>Username: ▮▮▮▮<br>User ID: ▮▮▮▮▮▮▮▮▮▮▮ | Evidence Record Streamed. Client IP Address: 156.42.184.219 |
| 40 | 24 Nov 2020 | 10:16:14 (-07:00) | **Wagner, Chad (Badge ID: A8075)**<br>Username: ▮▮<br>User ID: ▮▮▮▮▮▮▮▮▮▮▮ | Evidence Record Accessed. Client IP Address: 72.201.247.140 |
| 41 | 24 Nov 2020 | 10:16:14 (-07:00) | **Wagner, Chad (Badge ID: A8075)**<br>Username: ▮▮▮▮▮▮▮<br>User ID: ▮▮▮▮▮▮▮▮▮▮▮ | Media File Buffered by System at Page Load. Client IP 72.201.247.140 |

MCSO-0659

*page 4*



**Maricopa County Sheriffs Office - AZ**

**Phoenix, AZ, US**

*Document generated: 24 Nov 2020 – 10:18:18 -07:00 by Wagner, Chad(A8075)*



## EVIDENCE AUDIT TRAIL

| Evidence | | Source | |
|---|---|---|---|
| Evidence ID | MC18064268 | Device Type | **Axon Flex** |
| Categories | **Other - Categories** | Device Name | **DESTROYED** |
| Title | **AXON Flex Video 2018-03-21 1726** | Serial Number | **X78030689** |
| | | Other | **Axon Flex** |

| | | | |
|---|---|---|---|
| CheckSum | Sha2-9786811cbb7ef4de6405b5ce2e8132c6dd5e360654bda287758 79a2f98c05b5b | | |
| Record Start | 21 Mar 2018 17:26:00 | | |
| Uploaded | 21 Mar 2018 22:37:38 | Usage | |
| Uploader | Macklin, Justin (Badge ID: S1742) | | |
| Unique ID | | Page views | 7 |
| | | File downloads | |
| | | Video playbacks | 7 |
| | | Last Viewed Or Downloaded On | 24 Nov 2020 10:18:18 |

| # | Date | Time | User | Activity |
|---|---|---|---|---|
| 1 | 21 Mar 2018 | 22:37:38 (-07:00) | System | Evidence Record Created |
| 2 | 22 Mar 2018 | 01:21:11 (-07:00) | Dalley, Erin (Badge ID: S1793) Username: User ID: | Evidence Record Accessed. Client IP Address: 156.42.184.219 |
| 3 | 22 Mar 2018 | 01:21:14 (-07:00) | Dalley, Erin (Badge ID: S1793) Username: User ID: | Media File Buffered by System at Page Load. Client IP 156.42.184.219 |
| 4 | 22 Mar 2018 | 01:21:16 (-07:00) | Dalley, Erin (Badge ID: S1793) Username: User ID: | Evidence Record Streamed. Client IP Address: 156.42.184.219 |
| 5 | 22 Mar 2018 | 07:09:38 (-07:00) | System | Tag '124' Added |
| 6 | 22 Mar 2018 | 07:09:38 (-07:00) | System | Category 'Other - Categories' Added Deletion is now unscheduled |
| 7 | 22 Mar 2018 | 07:09:38 (-07:00) | System | Tag 'D1' Added |
| 8 | 22 Mar 2018 | 07:09:38 (-07:00) | System | External ID Updated to 'MC18064268' |
| 9 | 22 Mar 2018 | 07:09:38 (-07:00) | System | Tag 'G123' Added |
| 10 | 22 Mar 2018 | 07:09:38 (-07:00) | System | Retention Level Updated Deletion is now scheduled for 20 Mar 2021 17:26:00 (-07:00) |
| 11 | 27 Mar 2018 | 10:29:24 (-07:00) | Jefferys, Christopher (Badge ID: S1010) Username: User ID: | Evidence Record Accessed. Client IP Address: 156.42.184.219 |

MCSO-0660

page 5

| # | Date | Time | User | Activity |
|---|------|------|------|----------|
| 12 | 27 Mar 2018 | 10:29:26 (-07:00) | Jefferys, Christopher (Badge ID: S1010)<br>Username: ▮▮▮▮<br>User ID: ▮▮▮▮ | Media File Buffered by System at Page Load. Client IP 156.42.184.219 |
| 13 | 27 Mar 2018 | 10:29:34 (-07:00) | Jefferys, Christopher (Badge ID: S1010)<br>Username: ▮▮▮▮<br>User ID: ▮▮▮▮ | Evidence Record Streamed. Client IP Address: 156.42.184.219 |
| 14 | 27 Mar 2018 | 13:06:12 (-07:00) | Wagner, Chad (Badge ID: A8075)<br>Username: ▮▮▮▮<br>User ID: ▮▮▮▮ | Evidence Record Accessed. Client IP Address: 156.42.184.219 |
| 15 | 27 Mar 2018 | 13:06:14 (-07:00) | Wagner, Chad (Badge ID: A8075)<br>Username: ▮▮▮▮<br>User ID: ▮▮▮▮ | Media File Buffered by System at Page Load. Client IP 156.42.184.219 |
| 16 | 27 Mar 2018 | 13:06:18 (-07:00) | Wagner, Chad (Badge ID: A8075)<br>Username: ▮▮▮▮<br>User ID: ▮▮▮▮ | Evidence Record Streamed. Client IP Address: 156.42.184.219 |
| 17 | 27 Mar 2018 | 13:10:23 (-07:00) | Wagner, Chad (Badge ID: A8075)<br>Username: ▮▮▮▮<br>User ID: ▮▮▮▮ | Evidence Record Added to Case 'MC18064268'<br>Deletion is now unscheduled |
| 18 | 27 Mar 2018 | 13:11:00 (-07:00) | Wagner, Chad (Badge ID: A8075)<br>Username: ▮▮▮▮<br>User ID: ▮▮▮▮ | Evidence copy created at agency Mesa Police Dept. - AZ |
| 19 | 14 May 2018 | 13:53:09 (-07:00) | Wagner, Chad (Badge ID: A8075)<br>Username: ▮▮▮▮<br>User ID: ▮▮▮▮ | Evidence Record Added to Case 'IR18008163/MC18064268' |
| 20 | 14 May 2018 | 13:53:54 (-07:00) | Wagner, Chad (Badge ID: A8075)<br>Username: ▮▮▮▮<br>User ID: ▮▮▮▮ | Evidence copy created at agency Maricopa County Attorneys Office - AZ |
| 21 | 16 May 2018 | 13:19:40 (-07:00) | Macklin, Justin (Badge ID: S1742)<br>Username: ▮▮▮▮<br>User ID: ▮▮▮▮ | Evidence Record Accessed. Client IP Address: 156.42.184.219 |
| 22 | 16 May 2018 | 13:19:43 (-07:00) | Macklin, Justin (Badge ID: S1742)<br>Username: ▮▮▮▮<br>User ID: ▮▮▮▮ | Media File Buffered by System at Page Load. Client IP 156.42.184.219 |
| 23 | 16 May 2018 | 13:19:47 (-07:00) | Macklin, Justin (Badge ID: S1742)<br>Username: ▮▮▮▮<br>User ID: ▮▮▮▮ | Evidence Record Streamed. Client IP Address: 156.42.184.219 |
| 24 | 16 May 2018 | 13:34:47 (-07:00) | Macklin, Justin (Badge ID: S1742)<br>Username: ▮▮▮▮<br>User ID: ▮▮▮▮ | Evidence Record Streamed. Client IP Address: 156.42.184.219 |
| 25 | 23 Aug 2019 | 16:33:26 (-07:00) | Gallego, Bonita (Badge ID: B3070)<br>Username: ▮▮▮▮<br>User ID: ▮▮▮▮ | Evidence Record Accessed. Client IP Address: 156.42.184.219 |
| 26 | 23 Aug 2019 | 16:33:28 (-07:00) | Gallego, Bonita (Badge ID: B3070)<br>Username: ▮▮▮▮<br>User ID: ▮▮▮▮ | Media File Buffered by System at Page Load. Client IP 156.42.184.219 |
| 27 | 23 Aug 2019 | 16:33:31 (-07:00) | Gallego, Bonita (Badge ID: B3070)<br>Username: ▮▮▮▮<br>User ID: ▮▮▮▮ | Evidence Record Streamed. Client IP Address: 156.42.184.219 |
| 28 | 17 Sep 2019 | 08:40:12 (-07:00) | Dalton, Amanda (Badge ID: B2799)<br>Username: ▮▮▮▮<br>User ID: ▮▮▮▮ | Initiated bulk evidence download link including this evidence, excluding audit trails. |
| 29 | 17 Sep 2019 | 08:40:58 (-07:00) | System | Successfully sent bulk evidence download link including this evidence to Dalton, Amanda (Badge ID: B2799, Agency: Maricopa County Sheriffs Office - AZ). Download link expires on 20 Sep 2019 08:40:12 (-07:00). |
| 30 | 17 Sep 2019 | 08:41:30 (-07:00) | Client IP Address: 156.42.184.219<br>Username: ▮▮▮▮<br>User ID: ▮▮▮▮ | Evidence downloaded in bulk evidence package 1 of 1 via download link sent to Dalton, Amanda (Badge ID: B2799, Agency: Maricopa County Sheriffs Office - AZ). |
| 31 | 05 Aug 2020 | 09:07:11 (-07:00) | Wagner, Chad (Badge ID: A8075)<br>Username: ▮▮▮▮<br>User ID: ▮▮▮▮ | Evidence copy created at agency Maricopa County Attorneys Office - AZ |
| 32 | 06 Aug 2020 | 10:36:35 (-07:00) | Wagner, Chad (Badge ID: A8075)<br>Username: ▮▮▮▮<br>User ID: ▮▮▮▮ | Evidence Record Added to Case 'MC18064268' |

MCSO-0661

Page 6

| # | Date | Time | User | Activity |
|---|------|------|------|----------|
| 33 | 06 Aug 2020 | 10:36:53 (-07:00) | **Wagner, Chad (Badge ID: A8075)**<br>Username: ▮▮▮▮▮<br>User ID: ▮▮▮▮▮ | Evidence copy created at agency Maricopa County Attorneys Office - AZ |
| 34 | 06 Aug 2020 | 12:48:33 (-07:00) | **Client IP Address: 52.238.118.216** | Evidence downloaded in case evidence package 1 of 1 via download link emailed to Garcia, Jacalyn (Badge ID: garcia@mcao.maricopa.gov, Agency: Maricopa County Attorneys Office - AZ). |
| 35 | 24 Nov 2020 | 09:12:35 (-07:00) | **Macklin, Justin (Badge ID: S1742)**<br>Username: ▮▮▮▮<br>User ID: ▮▮▮▮▮▮▮▮ | Evidence Record Accessed. Client IP Address: 156.42.184.219 |
| 36 | 24 Nov 2020 | 09:12:37 (-07:00) | **Macklin, Justin (Badge ID: S1742)**<br>Username: ▮▮▮▮<br>User ID: ▮▮▮▮▮▮▮▮ | Media File Buffered by System at Page Load. Client IP 156.42.184.219 |
| 37 | 24 Nov 2020 | 09:12:44 (-07:00) | **Macklin, Justin (Badge ID: S1742)**<br>Username: ▮▮▮▮<br>User ID: ▮▮▮▮▮▮▮▮ | Evidence Record Streamed. Client IP Address: 156.42.184.219 |
| 38 | 24 Nov 2020 | 10:17:53 (-07:00) | **Wagner, Chad (Badge ID: A8075)**<br>Username: ▮▮▮▮▮<br>User ID: ▮▮▮▮▮▮▮▮ | Evidence Record Accessed. Client IP Address: 72.201.247.140 |
| 39 | 24 Nov 2020 | 10:17:54 (-07:00) | **Wagner, Chad (Badge ID: A8075)**<br>Username: ▮▮▮▮▮<br>User ID: ▮▮▮▮▮▮▮▮ | Media File Buffered by System at Page Load. Client IP 72.201.247.140 |

MCSO-0662

Page 7



**Maricopa County Sheriffs Office - AZ**

**Phoenix, AZ, US**

*Document generated: 24 Nov 2020 - 10:17:28 -07:00 by Wagner, Chad(A8075)*



## EVIDENCE AUDIT TRAIL

| Evidence | | Source | |
|---|---|---|---|
| Evidence ID | MC18064268 | Device Type | **Axon Flex** |
| Categories | Other - Categories | Device Name | **DESTROYED** |
| Title | **AXON Flex Video 2018-03-21 1725** | Serial Number | **X78057043** |
| | | Other | **Axon Flex** |

| | |
|---|---|
| CheckSum | **Sha2-63b04481c60b432c4cbb1095c11e5056e8f014c140d6281cc21de25ac7c22d68** |
| Record Start | **21 Mar 2018 17:25:14** |
| Uploaded | **21 Mar 2018 21:41:33** |
| Uploader | **Clark, Christopher (Badge ID: S1709)** |
| Unique ID | ▬▬▬▬▬▬▬▬▬ |

| Usage | |
|---|---|
| Page views | 8 |
| File downloads | |
| Video playbacks | 8 |
| Last Viewed Or Downloaded On | **24 Nov 2020 10:17:28** |

| # | Date | Time | User | Activity |
|---|---|---|---|---|
| 1 | 21 Mar 2018 | 21:41:33 (-07:00) | **System** | Evidence Record Created |
| 2 | 21 Mar 2018 | 21:47:24 (-07:00) | **Clark, Christopher (Badge ID: S1709)** Username: ▬▬▬ User ID: ▬▬▬ | Evidence Record Accessed. Client IP Address: 156.42.184.219 |
| 3 | 21 Mar 2018 | 21:47:25 (-07:00) | **Clark, Christopher (Badge ID: S1709)** Username: ▬▬▬ User ID: ▬▬▬ | Evidence Record Accessed. Client IP Address: 156.42.184.219 |
| 4 | 21 Mar 2018 | 21:47:27 (-07:00) | **Clark, Christopher (Badge ID: S1709)** Username: ▬▬▬ User ID: ▬▬▬ | Media File Buffered by System at Page Load. Client IP 156.42.184.219 |
| 5 | 21 Mar 2018 | 21:47:28 (-07:00) | **Clark, Christopher (Badge ID: S1709)** Username: ▬▬▬ User ID: ▬▬▬ | Media File Buffered by System at Page Load. Client IP 156.42.184.219 |
| 6 | 21 Mar 2018 | 21:47:30 (-07:00) | **Clark, Christopher (Badge ID: S1709)** Username: ▬▬▬ User ID: ▬▬▬ | Evidence Record Streamed. Client IP Address: 156.42.184.219 |
| 7 | 21 Mar 2018 | 21:58:50 (-07:00) | **Clark, Christopher (Badge ID: S1709)** Username: ▬▬▬ User ID: ▬▬▬ | Media File Buffered by System at Page Load. Client IP 156.42.184.219 |
| 8 | 22 Mar 2018 | 07:09:38 (-07:00) | **System** | External ID Updated to 'MC18064268' |
| 9 | 22 Mar 2018 | 07:09:38 (-07:00) | **System** | Category 'Other - Categories' Added Deletion is now unscheduled |

MCSO-0654

*page 8*

| # | Date | Time | User | Activity |
|---|------|------|------|----------|
| 10 | 22 Mar 2018 | 07:09:38 (-07:00) | System | Retention Level Updated<br>Deletion is now scheduled for 20 Mar 2021 17:25:14 (-07:00) |
| 11 | 22 Mar 2018 | 07:09:38 (-07:00) | System | Tag 'D1' Added |
| 12 | 22 Mar 2018 | 07:09:38 (-07:00) | System | Tag 'G120' Added |
| 13 | 22 Mar 2018 | 07:09:38 (-07:00) | System | Tag '124' Added |
| 14 | 27 Mar 2018 | 10:21:43 (-07:00) | Jefferys, Christopher (Badge ID: S1010)<br>Username:<br>User ID: | Evidence Record Accessed. Client IP Address: 156.42.184.219 |
| 15 | 27 Mar 2018 | 10:21:45 (-07:00) | Jefferys, Christopher (Badge ID: S1010)<br>Username:<br>User ID: | Media File Buffered by System at Page Load. Client IP 156.42.184.219 |
| 16 | 27 Mar 2018 | 10:22:10 (-07:00) | Jefferys, Christopher (Badge ID: S1010)<br>Username:<br>User ID: | Evidence Record Streamed. Client IP Address: 156.42.184.219 |
| 17 | 27 Mar 2018 | 10:27:24 (-07:00) | Jefferys, Christopher (Badge ID: S1010)<br>Username:<br>User ID: | Media File Buffered by System at Page Load. Client IP 156.42.184.219 |
| 18 | 27 Mar 2018 | 13:10:23 (-07:00) | Wagner, Chad (Badge ID: A8075)<br>Username:<br>User ID: | Evidence Record Added to Case 'MC18064268'<br>Deletion is now unscheduled |
| 19 | 27 Mar 2018 | 13:11:00 (-07:00) | Wagner, Chad (Badge ID: A8075)<br>Username:<br>User ID: | Evidence copy created at agency Mesa Police Dept. - AZ |
| 20 | 14 May 2018 | 13:53:08 (-07:00) | Wagner, Chad (Badge ID: A8075)<br>Username:<br>User ID:     2 | Evidence Record Added to Case 'IR18008163/MC18064268' |
| 21 | 14 May 2018 | 13:53:54 (-07:00) | Wagner, Chad (Badge ID: A8075)<br>Username:<br>User ID: | Evidence copy created at agency Maricopa County Attorneys Office - AZ |
| 22 | 16 May 2018 | 13:49:12 (-07:00) | Clark, Christopher (Badge ID: S1709)<br>Username:<br>User ID: | Evidence Record Accessed. Client IP Address: 156.42.184.219 |
| 23 | 16 May 2018 | 13:49:16 (-07:00) | Clark, Christopher (Badge ID: S1709)<br>Username:<br>User ID: | Media File Buffered by System at Page Load. Client IP 156.42.184.219 |
| 24 | 16 May 2018 | 13:49:23 (-07:00) | Clark, Christopher (Badge ID: S1709)<br>Username:<br>User ID: | Evidence Record Streamed. Client IP Address: 156.42.184.219 |
| 25 | 16 May 2018 | 14:01:11 (-07:00) | Clark, Christopher (Badge ID: S1709)<br>Username:<br>User ID: | Media File Buffered by System at Page Load. Client IP 156.42.184.219 |
| 26 | 16 May 2018 | 14:11:17 (-07:00) | Clark, Christopher (Badge ID: S1709)<br>Username:<br>User ID: | Evidence Record Accessed. Client IP Address: 156.42.184.219 |
| 27 | 16 May 2018 | 14:11:20 (-07:00) | Clark, Christopher (Badge ID: S1709)<br>Username:<br>User ID: | Media File Buffered by System at Page Load. Client IP 156.42.184.219 |
| 28 | 16 May 2018 | 14:11:22 (-07:00) | Clark, Christopher (Badge ID: S1709)<br>Username:<br>User ID: | Evidence Record Streamed. Client IP Address: 156.42.184.219 |
| 29 | 16 May 2018 | 14:26:23 (-07:00) | Clark, Christopher (Badge ID: S1709)<br>Username:<br>User ID: | Evidence Record Streamed. Client IP Address: 156.42.184.219 |
| 30 | 16 May 2018 | 14:41:22 (-07:00) | Clark, Christopher (Badge ID: S1709)<br>Username:<br>User ID: | Evidence Record Streamed. Client IP Address: 156.42.184.219 |
| 31 | 23 Aug 2019 | 16:32:37 (-07:00) | Gallego, Bonita (Badge ID: B3070)<br>Username:<br>User ID: | Evidence Record Accessed. Client IP Address: 156.42.184.219 |
| 32 | 23 Aug 2019 | 16:32:38 (-07:00) | Gallego, Bonita (Badge ID: B3070)<br>Username:<br>User ID:     7 | Media File Buffered by System at Page Load. Client IP 156.42.184.219 |

2

MCSO-0655

*Page 9*

| # | Date | Time | User | Activity |
|---|------|------|------|----------|
| 33 | 23 Aug 2019 | 16:32:41 (-07:00) | **Gallego, Bonita (Badge ID: B3070)** Usernam█████ User ID: ██████ | Evidence Record Streamed. Client IP Address: 156.42.184.219 |
| 34 | 17 Sep 2019 | 08:40:12 (-07:00) | **Dalton, Amanda (Badge ID: B2799)** Username: ██████ User ID: ██████ | Initiated bulk evidence download link including this evidence, excluding audit trails. |
| 35 | 17 Sep 2019 | 08:40:58 (-07:00) | **System** | Successfully sent bulk evidence download link including this evidence to Dalton, Amanda (Badge ID: B2799, Agency: Maricopa County Sheriffs Office - AZ). Download link expires on 20 Sep 2019 08:40:12 (-07:00). |
| 36 | 17 Sep 2019 | 08:41:30 (-07:00) | **Client IP Address: 156.42.184.219** Username: ██████ User ID: ██████ | Evidence downloaded in bulk evidence package 1 of 1 via download link sent to Dalton, Amanda (Badge ID: B2799, Agency: Maricopa County Sheriffs Office - AZ). |
| 37 | 27 May 2020 | 10:49:16 (-07:00) | **Wagner, Chad (Badge ID: A8075)** Username: ██████ User ID: ██████ | Evidence Record Accessed. Client IP Address: 72.201.247.140 |
| 38 | 27 May 2020 | 10:49:17 (-07:00) | **Wagner, Chad (Badge ID: A8075)** Username: ██████ User ID: ██████ | Media File Buffered by System at Page Load. Client IP 72.201.247.140 |
| 39 | 27 May 2020 | 10:49:17 (-07:00) | **Wagner, Chad (Badge ID: A8075)** Username: ██████ User ID: ██████ | Media File Buffered by System at Page Load. Client IP 72.201.247.140 |
| 40 | 27 May 2020 | 10:49:21 (-07:00) | **Wagner, Chad (Badge ID: A8075)** Username: ██████ User ID: ██████ | Evidence Record Streamed. Client IP Address: 72.201.247.140 |
| 41 | 05 Aug 2020 | 09:07:11 (-07:00) | **Wagner, Chad (Badge ID: A8075)** Username: ██████ User ID: ██████ | Evidence copy created at agency Maricopa County Attorneys Office - AZ |
| 42 | 06 Aug 2020 | 10:36:35 (-07:00) | **Wagner, Chad (Badge ID: A8075)** Username: ██████ User ID: ██████ | Evidence Record Added to Case 'MC18064268' |
| 43 | 06 Aug 2020 | 10:36:53 (-07:00) | **Wagner, Chad (Badge ID: A8075)** Username: ██████ User ID: ██████ | Evidence copy created at agency Maricopa County Attorneys Office - AZ |
| 44 | 06 Aug 2020 | 12:48:33 (-07:00) | **Client IP Address: 52.238.118.216** | Evidence downloaded in case evidence package 1 of 1 via download link emailed to Garcia, Jacalyn (Badge ID: ██████, Agency: Maricopa County Attorneys Office - AZ). |
| 45 | 24 Nov 2020 | 10:17:15 (-07:00) | **Wagner, Chad (Badge ID: A8075)** Username: ██████ User ID: ██████ | Evidence Record Accessed. Client IP Address: 72.201.247.140 |
| 46 | 24 Nov 2020 | 10:17:16 (-07:00) | **Wagner, Chad (Badge ID: A8075)** Username: ██████ User ID: ██████ | Media File Buffered by System at Page Load. Client IP 72.201.247.140 |

| # | Date | Time | User | Activity |
|---|------|------|------|----------|
| 33 | 13 Sep 2018 | 10:09:57 (-07:00) | **Wagner, Chad (Badge ID: A8075)** Username: ▮▮▮▮ User ID: ▮▮▮▮▮▮▮▮ | Evidence Record Accessed. Client IP Address: 156.42.184.219 |
| 34 | 13 Sep 2018 | 10:10:21 (-07:00) | **Wagner, Chad (Badge ID: A8075)** Username: ▮▮▮▮ User ID: ▮▮▮▮▮▮▮▮ | Media File Buffered by System at Page Load. Client IP 156.42.184.219 |
| 35 | 13 Sep 2018 | 10:10:35 (-07:00) | **Wagner, Chad (Badge ID: A8075)** Username: ▮▮▮▮ User ID: ▮▮▮▮▮▮▮▮ | Evidence Record Streamed. Client IP Address: 156.42.184.219 |
| 36 | 23 Aug 2019 | 16:30:50 (-07:00) | **Gallego, Bonita (Badge ID: B3070)** Username: ▮▮▮▮ User ID: ▮▮▮▮▮▮▮▮ | Evidence Record Accessed. Client IP Address: 156.42.184.219 |
| 37 | 23 Aug 2019 | 16:30:52 (-07:00) | **Gallego, Bonita (Badge ID: B3070)** Username: ▮▮▮▮ User ID: ▮▮▮▮▮▮▮▮ | Media File Buffered by System at Page Load. Client IP 156.42.184.219 |
| 38 | 23 Aug 2019 | 16:30:59 (-07:00) | **Gallego, Bonita (Badge ID: B3070)** Username ▮▮▮▮ | Evidence Record Streamed. Client IP Address: 156.42.184.219 |
| 39 | 17 Sep 2019 | 08:40:12 (-07:00) | **Dalton, Amanda (Badge ID: B2799)** Username: ▮▮▮▮ | Initiated bulk evidence download link including this evidence, excluding audit trails. |
| 40 | 17 Sep 2019 | 08:40:58 (-07:00) | **System** | Successfully sent bulk evidence download link including this evidence to Dalton, Amanda (Badge ID: B2799, Agency: Maricopa County Sheriffs Office - AZ). Download link expires on 20 Sep 2019 08:40:12 (-07:00). |
| 41 | 17 Sep 2019 | 08:41:30 (-07:00) | **Client IP Address: 156.42.184.219** Username: ▮▮▮▮ User ID: ▮▮▮▮▮▮▮▮ | Evidence downloaded in bulk evidence package 1 of 1 via download link sent to Dalton, Amanda (Badge ID: B2799, Agency: Maricopa County Sheriffs Office - AZ). |
| 42 | 27 May 2020 | 10:14:26 (-07:00) | **Wagner, Chad (Badge ID: A8075)** Username: ▮▮▮▮ User ID: ▮▮▮▮▮▮▮▮ | Evidence Record Accessed. Client IP Address: 72.201.247.140 |
| 43 | 27 May 2020 | 10:14:27 (-07:00) | **Wagner, Chad (Badge ID: A8075)** Username: ▮▮▮▮ User ID: ▮▮▮▮▮▮▮▮ | Media File Buffered by System at Page Load. Client IP 72.201.247.140 |
| 44 | 27 May 2020 | 10:14:28 (-07:00) | **Wagner, Chad (Badge ID: A8075)** Username ▮▮▮▮ User ID: ▮▮▮▮▮▮▮▮ | Media File Buffered by System at Page Load. Client IP 72.201.247.140 |
| 45 | 27 May 2020 | 10:14:29 (-07:00) | **Wagner, Chad (Badge ID: A8075)** Username: ▮▮▮▮ User ID: ▮▮▮▮▮▮▮▮ | Evidence Record Streamed. Client IP Address: 72.201.247.140 |
| 46 | 27 May 2020 | 10:29:30 (-07:00) | **Wagner, Chad (Badge ID: A8075)** Username: ▮▮▮▮ User ID: ▮▮▮▮▮▮▮▮ | Evidence Record Streamed. Client IP Address: 72.201.247.140 |
| 47 | 27 May 2020 | 10:44:30 (-07:00) | **Wagner, Chad (Badge ID: A8075)** Username: ▮▮▮▮ User ID: ▮▮▮▮▮▮▮▮ | Evidence Record Streamed. Client IP Address: 72.201.247.140 |
| 48 | 14 Jul 2020 | 15:25:39 (-07:00) | **Wagner, Chad (Badge ID: A8075)** Username: ▮▮▮▮ User ID: ▮▮▮▮▮▮▮▮ | Evidence Record Accessed. Client IP Address: 72.201.247.140 |
| 49 | 14 Jul 2020 | 15:25:40 (-07:00) | **Wagner, Chad (Badge ID: A8075)** Username: ▮▮▮▮ User ID: ▮▮▮▮▮▮▮▮ | Media File Buffered by System at Page Load. Client IP 72.201.247.140 |
| 50 | 14 Jul 2020 | 15:26:17 (-07:00) | **Wagner, Chad (Badge ID: A8075)** Username: ▮▮▮▮ User ID: ▮▮▮▮▮▮▮▮ | Media File Buffered by System at Page Load. Client IP 72.201.247.140 |
| 51 | 14 Jul 2020 | 15:32:59 (-07:00) | **Snarr, Kelly (Badge ID: B3464)** Username: ▮▮▮▮ User ID: ▮▮▮▮▮▮▮▮ | Evidence Record Accessed. Client IP Address: 156.42.184.219 |
| 52 | 14 Jul 2020 | 15:33:00 (-07:00) | **Snarr, Kelly (Badge ID: B3464)** Username: ▮▮▮▮ User ID: ▮▮▮▮▮▮▮▮ | Media File Buffered by System at Page Load. Client IP 156.42.184.219 |
| 53 | 05 Aug 2020 | 08:56:45 (-07:00) | **Wagner, Chad (Badge ID: A8075)** Username: ▮▮▮▮ User ID: ▮▮▮▮▮▮▮▮ | Evidence Record Accessed. Client IP Address: 72.201.247.140 |

3

MCSO-0663

page 11

| # | Date | Time | User | Activity |
|---|------|------|------|----------|
| 54 | 05 Aug 2020 | 08:56:46 (-07:00) | **Wagner, Chad (Badge ID: A8075)**<br>Username: ███<br>User ID: ███ | Media File Buffered by System at Page Load. Client IP 72.201.247.140 |
| 55 | 05 Aug 2020 | 08:58:15 (-07:00) | **Wagner, Chad (Badge ID: A8075)**<br>Username: ███<br>User ID: ███ | Evidence Record Streamed. Client IP Address: 72.201.247.140 |
| 56 | 05 Aug 2020 | 09:07:11 (-07:00) | **Wagner, Chad (Badge ID: A8075)**<br>Username: ███<br>User ID: ███ | Evidence copy created at agency Maricopa County Attorneys Office - AZ |
| 57 | 06 Aug 2020 | 10:36:35 (-07:00) | **Wagner, Chad (Badge ID: A8075)**<br>Username: ███<br>User ID: ███ | Evidence Record Added to Case 'MC18064268' |
| 58 | 06 Aug 2020 | 10:36:53 (-07:00) | **Wagner, Chad (Badge ID: A8075)**<br>Username: ███<br>User ID: ███ | Evidence copy created at agency Maricopa County Attorneys Office - AZ |
| 59 | 06 Aug 2020 | 12:48:33 (-07:00) | **Client IP Address: 52.238.118.216** | Evidence downloaded in case evidence package 1 of 1 via download link emailed to Garcia, Jacalyn (Badge ID: ███), Agency: Maricopa County Attorneys Office - AZ). |
| 60 | 26 Oct 2020 | 07:11:21 (-07:00) | **Dalton, Amanda (Badge ID: B2799)**<br>Username: ███<br>User ID: ███ | Evidence Record Accessed. Client IP Address: 156.42.184.219 |
| 61 | 26 Oct 2020 | 07:11:23 (-07:00) | **Dalton, Amanda (Badge ID: B2799)**<br>Username: ███<br>User ID: ███ | Media File Buffered by System at Page Load. Client IP 156.42.184.219 |

4

MCSO-0664

Page 12