Kathleen L. Wieneke, Bar #011139
Christina Retts, Bar #023798
Garrett Griggs, Bar #030525
WIENEKE LAW GROUP, PLC
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
Telephone: (602) 715-1868
Fax: (602) 455-1109
Email: kwieneke@wienekelawgroup.com
Email: cretts@wienekelawgroup.com
Email: ggriggs@wienekelawgroup.com

*Attorneys for Defendant Pew*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Cole Joseph Spencer,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>Aaron Pew, et al.,<br><br>　　　　　　　　Defendants. | NO. 2:20-cv-00385-PHX-DGC (CDB)<br><br>**DEFENDANT PEW'S NOTICE OF ASSOCIATION OF COUNSEL** |

　　　　Kathleen L. Wieneke, Christina Retts, and Garrett Griggs of Wieneke Law Group, PLC enter their appearance as co-counsel for Defendant Pew in this matter. Defendant Pew requests that the parties and the Court serve all notices and pleadings on the undersigned as co-counsel for Defendant.

　　　　DATED this 1st day of October 2024.

　　　　　　　　　　　　　　　　　WIENEKE LAW GROUP, PLC

　　　　　　　　　　　　By:　　/s/ Christina Retts
　　　　　　　　　　　　　　　　Kathleen L. Wieneke
　　　　　　　　　　　　　　　　Christina Retts
　　　　　　　　　　　　　　　　Garrett Griggs
　　　　　　　　　　　　　　　　1225 West Washington Street, Suite 313
　　　　　　　　　　　　　　　　Tempe, Arizona 85288
　　　　　　　　　　　　　　　　*Attorneys for Defendant Pew*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

    Cole Joseph Spencer #226871
    ASPC – Yuma / Dakatoa Unit
    P.O. Box 8909
    San Luis, AZ 85349
    *Pro Se Plaintiff*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

    N/A

By:   */s/ Lauren Rasmussen*