Kathleen L. Wieneke, Bar #011139
Christina Retts, Bar #023798
Garrett Griggs, Bar #030525
WIENEKE LAW GROUP, PLC
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
Telephone: (602) 715-1868
Fax: (602) 455-1109
Email: kwieneke@wienekelawgroup.com
Email: cretts@wienekelawgroup.com
Email: ggriggs@wienekelawgroup.com

*Attorneys for Defendant Pew*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Cole Joseph Spencer,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Aaron Pew, et al.,<br><br>　　　　　　Defendants. | NO. 2:20-cv-00385-PHX-DGC (CDB)<br><br>**DEFENDANT'S APPLICATION FOR SUBSTITUTION OF COUNSEL WITH CLIENT CONSENT** |

　　　　Pursuant to LRCiv. 83.3(b)(2), Defendant Pew submits this application to permit the withdrawal of Jason K. Reed of the City of Mesa Attorney's Office from further representation in this matter, and to substitute in his stead Kathleen L. Wieneke, Christina Retts, and Garrett Griggs of Wieneke Law Group, PLC as counsel of record. The Wieneke Law Group, PLC has been retained as outside counsel for Defendant in place of representation by the City of Mesa Attorney's Office. Defendant is aware of and consents to this substitution, as evidenced by the attached signed consent form.

　　　　A Proposed Order has also been submitted along with this Application.

///

///

///

DATED this 14th day of October 2024.

        WIENEKE LAW GROUP, PLC

    By: */s/ Christina Retts*
       Kathleen L. Wieneke
       Christina Retts
       Garrett Griggs
       1225 West Washington Street, Suite 313
       Tempe, Arizona 85288
       *Attorneys for Defendant Pew*

**CONSENT OF DEFENDANT PEW**

I, Aaron Pew, hereby agree that Kathleen L. Wieneke, Christina Retts, and Garrett Griggs of the Wieneke Law Group, PLC should be substituted as counsel of record in this matter, in place and instead of Jason K. Reed of the City of Mesa Attorney's Office.

DATED this 8th day of October 2024.

*/s/ Aaron Pew*
Aaron Pew

3

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

> Cole Joseph Spencer #226871
> ASPC – Yuma / Dakatoa Unit
> P.O. Box 8909
> San Luis, AZ 85349
> *Pro Se Plaintiff*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

> N/A

By:   */s/ Lauren Rasmussen*