UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Cole Joseph Spencer,<br><br>            Plaintiff,<br><br>v.<br><br>Aaron Pew, et al.,<br><br>            Defendants. | NO. 2:20-cv-00385-PHX-DGC (CDB)<br><br>**ORDER GRANTING APPLICATION FOR SUBSTITUTION OF COUNSEL WITH CLIENT CONSENT** |

Pursuant to L. R. Civ. 83.3(b), and good cause appearing:

IT IS HEREBY ORDERED that Jason K. Reed of the City of Mesa Attorney's Office is permitted to withdraw as counsel in this case.

IT IS FURTHER ORDERED that Kathleen L. Wieneke, Christina Retts, and Garrett Griggs of the law firm of Wieneke Law Group, PLC are substituted as counsel of record for Defendant Pew.

DATED this _____ day of _____, 2024.

_____
Honorable Camille D. Bibles
Senior United States District Judge