# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cole Joseph Spencer, | |
| Plaintiff, | No. CV 20-00385 PHX DGC (CDB) |
| v. | **ORDER** |
| Aaron Pew, et al., | |
| Defendants. | |

**IT IS ORDERED that** the motion at ECF No. 150 is **granted**, and counsel at Wieneke Law Group, PLC, who have already entered an appearance in this matter, are substituted as counsel of record for Defendant Pew, in place of Jason Reed of the Mesa City Attorney's Office.

Dated this 1st day of November, 2024.

Camille D. Bibles
United States Magistrate Judge