```
 1  Kathleen L. Wieneke, Bar #011139
    Christina Retts, Bar #023798
 2  Garrett Griggs, Bar #030525
    WIENEKE LAW GROUP, PLC
 3  1225 West Washington Street, Suite 313
    Tempe, Arizona 85288
 4  Telephone: (602) 715-1868
    Fax: (602) 455-1109
 5  Email: kwieneke@wienekelawgroup.com
    Email: cretts@wienekelawgroup.com
 6  Email: ggriggs@wienekelawgroup.com
 7  Attorneys for Defendant Pew
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| Cole Joseph Spencer, | NO. 2:20-cv-00385-PHX-DGC (CDB) |
|---|---|
| Plaintiff, | **DEFENDANT PEW'S NOTICE OF SERVICE OF DISCOVERY** |
| v. | |
| Aaron Pew, et al., | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. P. 45, Defendant Pew has served his Sixth Supplemental Disclosure Statement via electronic mail, to all counsel of record on this date.

DATED this 5th day of November 2024.

                                            WIENEKE LAW GROUP, PLC

                                    By:   */s/ Christina Retts*
                                              Kathleen L. Wieneke
                                              Christina Retts
                                              Garrett Griggs
                                              1225 West Washington Street, Suite 313
                                              Tempe, Arizona 85288
                                              *Attorneys for Defendant Pew*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Dale K. Galipo
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
*Attorney for Plaintiff*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

By:   */s/ Meredith Reeve*

2