1
2
3
4
5
6              **IN THE UNITED STATES DISTRICT COURT**
7                **FOR THE DISTRICT OF ARIZONA**
8
9    Cole Joseph Spencer,                      No. CV-20-00385-PHX-DGC (CDB)
10                  Plaintiff,                  **ORDER**
11   v.
12   Aaron Pew, et al.,
13                  Defendants.
14

15         On November 7, 2024, the Court received the formal mandate of the Ninth Circuit
16   Court of Appeals, reversing in part the order granting Defendants' summary judgment
17   motion as it relates to Defendant Pew.  *See* Docs. 133, 153.  The Court will set a status
18   conference with Plaintiff and defense counsel for Defendant Pew to set a trial date and
19   schedule a final pretrial conference.
20         **IT IS ORDERED:**
21         1.  The reference of this case to Magistrate Judge Camille Bibles is **withdrawn**.
22         2.  The judgment entered against Plaintiff as it relates to Defendant Pew (Doc. 134)
23              is **vacated** to the extent it applied to Defendant's Pew's allegedly kneeling on
24              Plaintiff.
25         3.  A status conference is set for **December 11, 2024 at 2:30 p.m.** in Courtroom
26              603, 401 West Washington Street, Phoenix, AZ 85003.
27         Dated this 18th day of November, 2024.
28

                                        David G. Campbell
                                        Senior United States District Judge