# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cole Joseph Spencer, | No. CV-20-00385-PHX-DGC |
| Plaintiff, | **ORDER FOR WRIT TO ISSUE** |
| v. | |
| Aaron Pew, et al., | |
| Defendants. | |

**IT IS ORDERED** that the Clerk of Court is hereby instructed to issue a Writ of Habeas Corpus Ad Testificandum to the Warden, Arizona State Prison Complex – Tucson, Santa Rita Unit, or his duly authorized Deputy to bring Cole Joseph Spencer, inmate #226871, to the United States Courthouse, 401 W. Washington Street, Phoenix, Arizona, Courtroom 603, on **December 11, 2024 at 2:00 p.m.** for a Status Conference.

Upon completion of the proceedings, the Plaintiff will be returned to the custody of the Department of Corrections, Arizona State Prison Complex, Tucson, Arizona.

DATED this 19th day of November, 2024.

*David G. Campbell*
David G. Campbell
Senior United States District Judge