**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Cole Joseph Spencer, | No. CV-20-00385-PHX-DGC |
| Plaintiff, | **WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| v. | |
| Aaron Pew, et al., | |
| Defendants. | |

TO THE WARDEN, ASPC Tucson facility, Santa Rita Unit , and the United States Marshal, District of Arizona:

You are commanded to produce the body of Cole Joseph Spencer, inmate #226871, who is in custody at ASPC Tucson facility, Santa Rita Unit, for a Status Conference to be held before Senior Judge David G. Campbell, Courtroom 603, Sandra Day O'Connor U.S. Courthouse, 401 W. Washington Street, Phoenix, Arizona, on **December 11, 2024 at 2:00 p.m.** and immediately upon termination of said proceedings, to return Cole Joseph Spencer to his place of detention at ASPC Tucson or await further Order of this Court, under safe and secure conduct and then and there have this Writ.

///

///

///

///

1  WITNESS THE HONORABLE DAVID G. CAMPBELL, Senior Judge of the
2  United States District Court for the District of Arizona, and the seal of said Court, this 19th
3  day of November, 2024.

Debra D. Lucas, District Court Executive/Clerk of Court

By: *Sara Quinones*

Sara Quinones, Courtroom Deputy



**ISSUED ON 8:36 am, Nov 19, 2024**
**s/ Debra D. Lucas, Clerk**

- 2 -