1  Kathleen L. Wieneke, Bar #011139
   Christina Retts, Bar #023798
2  Laura Van Buren, Bar #031669
   Garrett Griggs, Bar #030525
3  WIENEKE LAW GROUP, PLC
   1225 West Washington Street, Suite 313
4  Tempe, Arizona 85288
   Telephone: (602) 715-1868
5  Fax: (602) 455-1109
   Email: kwieneke@wienekelawgroup.com
6  Email: cretts@wienekelawgroup.com
   Email: lvanburen@wienekelawgroup.com
7  Email: ggriggs@wienekelawgroup.com

8  *Attorneys for Defendant Pew*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| Cole Joseph Spencer, | NO. 2:20-cv-00385-PHX-DGC |
|---|---|
| Plaintiff, | **DEFENDANTS' NOTICE OF VIDEO DEPOSITION OF COLE JOSEPH SPENCER** |
| v. | |
| Aaron Pew, et al., | |
| Defendants. | |

YOU ARE HEREBY NOTIFIED that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the *videotaped* deposition will be taken upon oral examination of the person whose name and address is stated below at the time and place stated below before an officer authorized by law to administer oaths.

**PERSON TO BE EXAMINED:**   Cole Joseph Spencer

**DATE AND TIME OF THE DEPOSITION:**   Date February 20, 2025 at 10:30 a.m. (AZ time)

**LOCATION OF DEPOSITION:**   **Virtual Deposition via Zoom**
To join the videoconference, a website link will be provided by Griffin Group International

| | | |
|---|---|---|
| 1 | **TRANSCRIPTIONIST BEFORE WHOM DEPOSITION WILL BE TAKEN:** | Griffin Group International |
| 2 | | 3200 E. Camelback Road, Suite 177 |
| 3 | | Phoenix, AZ 85018 |
| 4 | | (602) 264-2230 |
| | | Calendar@griffinreporters.com |

| | | |
|---|---|---|
| 5 | | |
| 6 | **VIDEOGRAPHER BEFORE WHOM DEPOSITION WILL BE TAKEN:** | VideoDep, Inc. |
| 7 | | 4802 East Ray Road, Suite 23-47 |
| 8 | | Phoenix, AZ 85044 |
| | | (602) 431-2181 |
| | | videodep@videodep.com |

DATED this 31st day of January, 2025.

WIENEKE LAW GROUP, PLC

By:   /s/ Christina Retts
      Kathleen L. Wieneke
      Christina Retts
      Laura Van Buren
      Garrett Griggs
      1225 West Washington Street, Suite 313
      Tempe, Arizona 85288
      *Attorneys for Defendant Pew*

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Dale K. Galipo
Cooper Alison-Mayne
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
*Attorneys for Plaintiff*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

By:   */s/ Lauren Rasmussen*