# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cole Joseph Spencer,<br><br>    Plaintiff,<br><br>v.<br><br>Aaron Pew, et al.,<br><br>    Defendants. | NO. CV-20-0385-PHX-DGC<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER** |

Having reviewed the parties' Joint Stipulation to Modify the Scheduling Order (Doc. 167) and good cause appearing, it is hereby ordered that the Court's December 13, 2024, Case Management Order (Doc. 159) is modified as follows:

The deadlines set forth in the parties' stipulation are adopted by the Court. The updated case schedule is as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Fact Discovery Cutoff | 2/28/2025 | 4/11/2025 |
| Plaintiff Expert Disclosure | 3/14/2025 | 4/25/2025 |
| Defendant Expert Disclosure | 4/4/2025 | 5/16/2025 |
| Plaintiff Expert Rebuttal | 4/25/2025 | 6/6/2025 |
| Expert Discovery Cutoff | 5/16/2025 | 6/27/2025 |

Additionally, the Jury Trial set for June 16, 2025 is reset to **September 23, 2025 at 9:00 a.m.** and the Final Pretrial Conference set for June 5, 2025 is reset to **September 11,**

**2025 at 10:00 a.m**. The Court will issue a revised order setting the Final Pretrial Conference and Trial.  All other terms of the Case Management Order (Doc. 159) remain in effect.

Dated this 26th day of February, 2025.

David G. Campbell
Senior United States District Judge